FILED

Brendem Plong [**Sovereign**]
Mareine M. Plong [**Sovereign**]
**"In Care Of"**
14500 Day Lily Lane
Panorama City, CA [91402]
Phone | (818) 448-1539
Email: mareinep@aol.com

2022 JAN 31  PM 1:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

**Plaintiffs Pro Per**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brendem Plong & Mareine M. Plong, [both Sovereigns]<br><br>           Plaintiffs,<br><br>vs.<br><br>BM REALESTATE SERVICES, INC., MTGLQ INVESTORS, L. P., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "aka MERS"; US. BANK TRUST, N.A., not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC, JAMES BYERS (attorney in fact" a deceased entity, CLEAR RECON CORP, CHRISTINE DANKE "Authorized Signatory Trustee", CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) attorney, and DOES 1 through 20 Inclusive,<br><br>           Defendants, | Case No.: 2:20-cv-06999-JWH-AGRx<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>1). **DECLARATORY RELIEF [28 U.S.C. §§ 2201,2202]**<br>2). **NOTICE OF VIOLATIONS - WRONGFUL FORECLOSURE**<br>3). **NOTICE OF VIOLATIONS - TRUSTEE SALE**<br>4). **ELEMENT OF WRONGFUL EVICTION**<br>5). **ORDER TO VACATE THE PRIVATE ALLODIAL PROPERTY**<br><br>Trial by Jury Demanded under Common Law<br><br>Reserve the Right to Amend |

## COMPLAINT TO ALL PARTIES OF INTEREST

We, Brendem Plong & Mareine M. Plong [**both Sovereigns**], rely upon *Haines v. Kerner, 404 US 519 (1972)*, pursuant to the limitations imposed upon we as Plaintiffs and this Tribunal by the Constitution of the State of California and the Fifth, and Seventh and Fourteenth Amendments to the Constitution of the United States, and the Northwest Ordinance of 1787. We purchased a Home, which are the subject of this lawsuit, from BM REALESTATE SERVICES INC. the Beneficiary of WASHINGTON MUTUAL BANK, FA who accepted a down payment by President MARC SHENKMAN of BM REALESTATE SERFVICES, INC. and executed an original promissory note and deed of trust, , BM REALESTATE SERVICES, INC., (the Lender as defined on page 1 of Deed of Trust), subsequently acquired the note and deed of trust from MARC SHENKMAN, BM REALESTATE SERVICES, INC., then JPMORGAN CHASE BANK, N.A., ITS SUCCESSORS AND ASSIGNS TRANSFER TO MTGLQ INVESTORS, L.P. AS ITS ATTORNEY IN FACT. Assigned and transferred on January 22, 2016. **See attachment a copy of the assignment of deed of trust NOT RECORDED IN THE COUNTY RECORDER)**, acquired the note and deed of trust, and 18 months later MTGLQ INVESTORS, L.P. (Attorney-In-Fact) then sold, assigned, or transferred to LEGACY MORTGAGE ASSET TRUST 2017-GS1, address 300 Delaware Ave 9th Floor, Wilmington, Delaware 19801, (ASSIGNEE), RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer) JAMES BYERS (Attorney-in-Fact) a deceased entity, 15480 Laguna Canyon Rd, Ste #100, Irvine, CA 92618. In the Central District of California, and routinely operates throughout the State of California, being responsible for "servicing" a large number of non-judicial foreclosures pursuant to the statutes herein challenged as illegal, namely California Civil Code §§2924-2924i. and now assigned to CLEAR RECON CORP.; CHRISTINE DANKS (Authorized Signatory for Trustee). **According to our research the so-called Attorney-In-Fact JAMES BYERS was a deceased person. Now, how can a dead person be an attorney in fact.**

On September 4th, 2019, was sold, assigned, and transfer to CATAMOUNT PROPERTIES 2018, LLC, SAM CHANDRA (SBN 203942) who unlawful evicted plaintiffs from our real property in an "unlawful detainer." SAM CHANDRA (attorney)

address at 710 S. Myrtle Ave., # 600, Monrovia, CA 91016-2171. The judgments
entered on October 30, 2019, are REVERSED and the hearing court is instructed to
entered judgments in favor of Plaintiffs. Plaintiffs are the prevailing party and are entitled
to costs. *(See Cal. Rules of Court, rule 8.891(a)(2).)* Hearing Court: Superior Court of
the County of Los Angeles hearing Judge Emily Garcia Uhring.

This is related to unlawful detainer actions. Plaintiffs Brendem Plong & Mareine
M. Plong [both Sovereign], is the owner of the property located 14500 Day Lily Lane,
Panorama City, CA 91402. On August 28, 2019, **CATAMOUNT PROPERTIES 2018,
LLC ("LAW FIRM"), SAM CHANDRA (ATTORNEY)** acquired title to this property at a
trustee's sale pursuant to foreclosure upon a deed of trust. The property was previously
owned by "Plongs" and occupied by "Plongs". *

On September 12, 2019, **CATAMOUNT PROPERTIES 2018, LLC ("LAW
FIRM"), SAM CHANDRA (ATTORNEY)** served a written notice to Plaintiffs to quit and
deliver possession of the property within three days, 30 days, or 90 days (depending on
their occupancy status). After waiting more than 90 days, **CATAMOUNT PROPERTIES
2018, LLC ("LAW FIRM"), SAM CHANDRA (ATTORNEY)** filed unlawful detainer
complaints against Plaintiffs on September 18, 2019.   Because of the COVID-19
lockdown, the courthouse was closed, and plaintiffs were not able to file opposition
Motion and Motion to Set Aside Void Judgment and Quash Writ of Possession with the
court.

On June 16,2020 plaintiffs was able to file opposition Notice of Motion and
Motion to Set Aside Void Judgment and Quash Writ of Possession; Declaration and on
that same day the court issued "denied order" before the scheduled hearing on the
unlawful detainer actions that was set to take place on July 10, 2020, at 1:30 PM. Dept:
P. before **Judge Pro Temp: Sanford Rogers**; The judge presides over this hearing
was already issued denied order **on 06/16/2020 prior to the hearing.** [See attachment]

Hearing on the unlawful detainer actions was held on Sept 17, 2020, at 1:30 p.m,
Dept: NWH. before judge Emily Garcia Uhring. Brendem Plong & Mareine M. Plong filed
a Notice of ex part application to Set Aside Void Judgment and Quash Writ of
Possession, Points and Authorities; Declaratory; [Proposed] Order. In that hearing judge
Emily Garcia Uhring stated, "she has no jurisdiction over the case", and dismissed our

case; **judge Emily Garcia Uhring knowingly and intentionally issued court order without jurisdiction**. Judge Emily Garcia Uhiring committed a serious criminal violation against plaintiffs Brendem Plong and Mareine M. Plong to due process of law. In that same day, a judgment was entered which awarded **CATAMOUNT PROPERTIES 2018, LLC (LAW FIRM), SAM CHANDRA (ATTORNEY)** possession of the property and during that time four Sheriff Deputies were already waited to execute the Writ of Possession through force entry into plaintiff property and the locksmith was there at plaintiffs' property ready to change the lock and the four Sheriffs force eviction of "Plongs" son at guns point. **Both the judge and the sheriff were more interest in protecting and usurping the criminal banking cartels of the Satanic/Luciferian Globalist elites** then protecting [We, The People] right. The Judge and the Sheriff took part in aiding and abetting these organize crimes and committed serious criminal violations against the plaintiffs.

The note was acquired without any valuable consideration and without the Defendant JPMORGAN CHASE BANK, N.A., MTGLQ INVESTORS, L.P. (ATTORNEY IN FACT) pledging any pre-existing money or any of their own assets in the transaction and without the Defendant, JPMORGAN CHASE BANK, N.A., MTGLQ INVESTORS, L.P. (ATTORNEY IN FACT), incurring any financial cost in the transactions associated with the alleged loans of public currency otherwise known as Federal Reserve Notes. **It is well understood by bank accountants and CPAs that a promissory note, when deposited, is treated by the banks as the same as the deposit of cash or a paycheck by the customer**. In this context the Plaintiffs are the banks customer. The alleged loan was funded by the creation of a demand deposit account by both BM REALESTATE SERVICES, INC. and later by JPMORGAN CHASE BANK, N.A., MTGLQ INVESTORS, L.P. (ATTORNEY IN FACT) which was derived by depositing the promissory note into said demand deposit account and the converting the funds created by that promissory note, WHICH WAS THE BORROWER'S MONEY, into a source of funding for the public currency loaned, MAKING THE LOAN TRANSACTION A MUTUAL LOAN BETWEEN THE LENDER AND THE BORROWER. This will be well documented by the use of a CPA or retired bank accountant as a witness, who will describe, in detail, the accounting practices that banks use when they create public

currency. Neither BM REALESTATE SERVICES, INC., nor the Defendant, JPMORGAN

CHASE BANK, N.A., MTGLQ INVESTORS, L.P. (ATTORNEY IN FACT) hereinafter

JPMORGAN CHASE BANK, N.A., used or pledged any of their own pre-existing money,

pre-existing assets or depositor's money in the transaction. The Defendant,

JPMORGAN CHASE BANK, N.A., has not and will not incur any financial loss or

damages by our failure to pay the note.  Furthermore, the Defendant, JPMORGAN

CHASE BANK, N.A., MTGLQ INVESTORS, L.P. (ATTORNEY IN FACT), does not have

the right of subrogation as a stranger to the transaction, and as someone who has not

paid the entire mortgage debt in full, **see 73 AM JUR Second, Section 90.**

California courts are courts of record, pursuant to Article Six of the California

Constitution, and it is, therefore, is important to understand the characteristics of a court

of record as follows:

> *Please see Black's Law Dictionary, Fourth Edition pages 425 and 426 for further
> discussion of the court of record as follows; "Courts of record are those whose
> acts and judicial proceedings are enrolled or recorded for a perpetual memory
> and testimony and which have the power to fine and imprison for contempt........A
> "court of record" is a judicial tribunal having attributes and exercising functions
> independently of the Magistrate designated generally to hold it and **proceeding
> according to the course of the common law**, its acts and proceedings being
> enrolled for a perpetual memorial. Jones v. Jones; 188 Mo. App.220 175 S.W.
> 227, 229; Ex Parte Gladhill, 8 Metc., Mass. 171, per Shaw, C. J. See also
> Ledwith v Rosalski; 244 N.Y. 406,155 N.E.688, 689." (Emphasis mine).*

Plaintiffs Brendem & Mareine M. Plong ("both Sovereigns' or "Mr. and Mrs.

Plong"), for our Complaint against Defendants US. BANK TRUST, N.A., (US. BANK) not

in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET

TRUST 2017-GS1 (LEGACY), RUSHMORE LOAN MANAGEMENT SERVICE LLC

(Servicer), JAMES BYERS "attorney in fact."), a deceased entity, 15480 Laguna

Canyon Rd Ste # 100, Irvine, CA 92618; CLEAR RECON CORP (CRC), CHRISTINE

DANKS "Authorized Signatory Trustee",  **NOT EVEN ONE of these defendants can**

**provide evidence or prove of their claim** (in its capacity as purported beneficiary and

assignee of plaintiffs Deed of Trust (hereinafter "US. BANK TRUST, N.A. et al.

("LEGACY"), (collectively "Defendants").

Instead, these defendants who are part of the Criminal Enterprise created by Globalist "elites" to enslave humanity   their debt slavery system; rely on the institutions and agencies of the Deep State Court, Deep State Judge(s), and the Deep State Legal System to bail them out by ignore, deny, and reject our complaints. The judge used tactic and bogus excuse to dismiss our complaints while these defendants NEVER show up in court or provide any evidence as prove of their claim. These judges automatically allow these criminals a FREE PASS so that they can enrich themselves.

Plaintiffs have submitted **Temporary Restraining Order** (TRO) and **Lis Pendent** to the court for the judge to sign so that plaintiffs can prevent these defendants from popping up and try to remove or evict us from our home. Based on plaintiffs' observation and belief, the court, court officers, the judge(s) are more interested in protecting the Globalist Criminal Enterprises which they are a part of. Then seeking the truth and serving [We, The People]. Your action and inaction speak louder than your words. All these Judges do is giving us lips service "the illusion of justice or FAKE JUSTICE". Because these Judges believe that the law DO NOT apply to them, and they can get away with it. May I remind you of the Universal Law "karma is a bitch." **The real God is in charge**!!!

**Plaintiffs are sovereign beings**, and we are aware of your schemes and scams, and we will NEVER rest until Justice is Serve to these criminals, no matter how long it will take. Plaintiffs do not ask for a favor from anyone. All we ask for is fairness through due process of law. Plaintiffs are sick and tired of these Judges give us the run around while these criminals do not have to do anything. **Plaintiff reserves the right to amend this complaint as new evidence comes to light and complains and for causes of action alleges as follows**:

We, Brendem Plong & Mareine M. Plong have authority and unalienable right to **demand that the Defendants: 1.)** Show how and when they came to have a security interest in our real property described in Exhibit A, **2.)** Show how when and by what means they have filed a claim against the original property and granted for the said real property described in Exhibit A, **3.)** Provide evidence that there is valuable consideration for the alleged bank loan, **4.)** Provide evidence that the Defendant **BM REALESTATE SERVICES, INC**., has the right to lend credit and, **5.)** Provide evidence that the right to

subrogation exists and provide evidence that the mortgage debt complies with all
requirements of the Federal and State Constitution or **6.)** Forever abandon any claim of
interest in our property and stop the fraudulent and scandalous action to foreclose on
their **fraudulent chattel paper**, for which no valuable consideration was ever provided
in the original mortgage.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE** that on August 4, 2020, at UNITED STATES
DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, 255 EAST TEMPLE ST,
ROOM 180, LOS ANGELES CALIFORNIA 90012. Plaintiffs Brendem Plong & Mareine
M. Plong [both Sovereigns] will and hereby file an amended Complaint in this action.
Motion to court to allow Plaintiff to exercise first right to amend complaint filed January
11, 2022.

This motion is made pursuant to California Code of Civil Procedure §§ 473(a)
and 575 on the grounds of court to allow Plaintiff to exercise first right to amend
complaint filed August 4th, 2020, to "*A). Add Statement of The Fact, **B**). To Correct an
Inadvertent Misstatements of Facts, **C**). Add Damages for Prayers of Relief, Add
Injunction Relief, and **D**). Proposed Amendment of Facts Previously Not Alleged*" to
the original complaint and the established policy in California liberally permitting
amendments at any stage of the proceeding.

This motion is based upon this notice, the attached Declaration of Mareine M.
Plong and Exhibits thereto, the records and files of this action, and upon such oral and
documentary evidence as may be presented upon the hearing of the motion.

**THE EFFECT OF THE AMENDMENT SUCH AS:**

A.  Add Statement of Fact in The Original Pleading

          *i). Statement of The Case*
          *ii). Jurisdiction, Venue, And Parties*
          *iii). General Allegations*
          *iv). Declaration of Relief*
          *v). Notice of Violations - Wrongful Foreclosure*
          *vi). Notice of Violations - Trustee Sale*
          *vii). Element for Wrongful Eviction*
          *viii). Order to Vacate Private Allodial Property*

1. To Correct an Inadvertent Misstatement of Fact in the Original
Pleading
B.   Add Monetary Damages & Add Injunction Relief
C.   Proposed Amendment of Facts Previously Not Alleged

## A.  Add Statement of Fact in The Original Pleading

The statement of fact in the original pleading and/or allegation proposed to be amended and therefore added to the Plong v. US. BANK TRUST, N.A. et al.; RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS "attorney in fact" a deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES, 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) attorney, **First Amended Complaint:  i).** Statement of The Case, **ii).** Jurisdiction, Venue, And Parties, **iii).** General Allegations, **iv).** Declaration Relief, **v).** Notice of Violations - Wrongful Foreclosure, **vi).** Notice of Violations - Trustee Sale. **vii).** Element Wrongful Eviction. **VIII).** Order to Vacate Private Allodial Property.

## I.  STATEMENT OF THE CASE

1.  On or about July 16th, 2004, Plaintiff executed a promissory note ("Note") in favor of BM REALESTATE SERVICES, INC., in the amount of $333,700.00 secured by a deed of trust ("Deed of Trust" or "Mortgage") for the finance of real property located at 14500 Day Lily Lane, Panorama City, CA 91402.   Subsequently, Defendants attempted but failed to assign or transfer Plaintiffs Note to JPMORGAN CHASE BANK, N.A. (CHASE), MTGLQ INVESTORS, L.P. (ATTORNEY IN FACT). Its attorney in fact for JPMorgan Chase Bank, N.A. As such, Defendants have no authority to collect on the Note and enforce the Deed of Trust.   Despite Defendants' failure to perfect a security interest, US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS "attorney in fact" a deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee", CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) attorney, and its agents have collected on this Note and enforce the

Deed of Trust with the knowledge that they have no legal right to do so.   In addition to violating the Fair Debt Collection Practices Act and the Real Estate Settlement Procedures Act, Defendants knowingly concealed their lack of an enforceable security interest by fabricating and recording false documents in the Los Angeles County Recorder's Office.   Defendants' conduct is not only unfair and fraudulent, but also constitutes a violation of California Penal Code § 532(f)(a)(4).[1]   Through this action, Plaintiff seeks damages resulting from Defendants' unlawful conduct and a declaratory judgment establishing that Defendants have failed to substantiate a perfected security interest in the Note and Deed of Trust (collectively referred to as "Loan"). Simply put, Defendants have no legal, equitable, or pecuniary interest in the Note and Deed of Trust.

2.   In the alternative, if the Court finds that any of the Defendants have an enforceable security interest in either the Note or Deed of Trust, Plaintiff maintains that Defendants have breached Section 2 of the Deed of Trust and the Implied Covenant of Good Faith and Fair Dealing, by charging improper fees and miscalculating and misapplying payments to offset both principal and interest, in addition to the statutory provisions listed above.

---

[1] Defendants' recording of the Assignment of Deed of Trust violates Cal. Penal Code § 532(f)(a)(4), which prohibits any person from filing a document related to a mortgage loan transaction with the county recorder's office which that person knows to contain a deliberate misstatement, misrepresentation, or omission.

## II. JURISDICTION, VENUE, AND PARTIES

3.   This Court has original jurisdiction over the claims in this action based on 28 U.S.C. §§ 1331,1343,2201,2202,15 U.S.C. § 1692, 12 U.S.C. § 2605, and 42 U.S.C. § 1983 which confer original jurisdiction on federal district courts in suits to address the deprivation of rights secured by federal law.

4. This Court also has supplemental jurisdiction over the pendant state law claims because they form a part of the same case or controversy under Article III of the United States Constitution, pursuant to 28 U.S.C. § 1367.

5.   This Court has original jurisdiction over the claims in this action based on 28 U.S.C. § 1332 which confers original jurisdiction on federal district courts in suits between

diverse citizens that involve an amount in controversy in excess of $75,000.00.

The unlawful conduct, illegal practices, and acts complained of and alleged in this Complaint were all committed in the Southern District of California and involved real property that is located in the Southern District of California. Therefore, venue properly lies in this District, pursuant to 28 U.S.C. § 1391(b). as a Judicial court of Law in his Judicial Branch of government, while in session under the rules of the Common Law as guaranteed by the Seventh Amendment and the Northwest Ordinance of 1787, in Article Two. *See Callan v. Wilson, 127 US 540 (1888)* for authority that Article Three of the United States Constitution provides for and mandates common law jurisdiction and venue.

Under the Seventh Amendment to the Constitution for the United States of America, I am entitled to a common law trial by the jury. On dry land, any action must be adjudicated under common law pursuant to the Seventh Amendment; *443 Cans of Frozen Egg Product v. United States of America; 226 US 172 (1912)*. The Northwest Ordinance of 1787 also mandates judicial proceedings under the course of the common law; under Article Two and places an absolute requirement on the new states upon admission to the union to be admitted into the union on an equal footing with all other states and to agree to the terms of the Northwest Ordinance of 1787. The act of Congress admitting California into the union also invoked the equal footing doctrine, which makes California, and their government, a state which is bound by the Northwest Ordinance of 1787. California is on an equal footing with all other states such as Illinois and Indiana, which are formed from the Northwest Territory. Requirements cannot be placed on some states and not others under the equal footing doctrine. Additionally, a court of record is a court which exercises jurisdiction under the course of the common law, please see Black's Law Dictionary, Fourth Edition, pages 425 and 426. Common law jurisdiction and venue is mandated by California statute. As a matter of law, the foundation of the jurisdiction of this case, is established by Stats. 1850, ch. 95 which expressly states.

Panorama City in Los Angeles County, California republic, under the rules of the Common Law, is the proper venue for this matter to be heard by consent of all parties on the following grounds:

1    The location of the court will be the most convenient forum for all parties, and

2  since any issue in controversy allegedly and originally arose in that same geographic

3  area.

### III. GENERAL ALLEGATIONS

5    7. Based on information and belief, Plaintiff alleges that shortly after the

6  origination of our alleged 'Loan', BM REALESTATE SERVICES, INC., was acquired by

7  ("JPMORGAN CHASE BANK, N.A., MTGLQ INVESTORS, L.P. (ATTORNEY IN FACT).

8  Its attorney in fact") that sold, assigned and/or transferred our alleged 'Loan' to another

9  entity or entities.   Those entities are currently unknown but will be identified through

   discovery.

10    8.  Plaintiffs alleges that these unknown entities and Defendants were involved

11  in an attempt to securitize our Mortgage, from BM REALESTATE SERVICES, INC..,

12  into US. BANK TRUST, N.A., (US. BANK) not in its individual capacity but solely as

13  owner trustee for LEGACY MORTAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN

14  MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS "attorney in fact" a

15  deceased entity; CLEAR RECON CORP (CRC), CHRISTINE DANKS "Authorized

16  Signatory Trustee". In order for Plaintiffs Mortgage to be a part of the **US. Bank Trust,**

17  **N.A. not in its individual capacity but solely as owner trustee for Legacy Mortgage**

18  **Asset Trust 2017-GS1**, the entities involved were required to follow various

19  agreements and established laws, including the Trust Agreement that governed the

20  creation of the Trust. Plaintiff alleges the entities involved in the attempted securitization

21  of Plaintiffs alleged 'Loan' failed to adhere to the requirements of the Trust Agreement

   necessary to properly assign the mortgage loan into the Trust. As a result, Plaintiffs

22  alleged 'Loan' was not assigned to the **US. Bank Trust, N.A. not in its individual**

23  **capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2017-GS1,**

24  and therefore is not part of the Trust. This fatal defect renders Defendants third-party

25  strangers to the underlying alleged 'debt' obligation without the power or right to

26  demand payment, declare default, negotiate our alleged 'Loan', and foreclose on our

27  property. Although Defendants are aware of this fact, they have and continue to act as if

28  they have authority to demand payment, declare default, negotiate his alleged 'Loan',

   and foreclose on our property. Plaintiff specifically disputes this fact.

9. Plaintiff's information and belief is based on: 1). A title report and analysis of the Property's county records; 2). Direct written communication with Defendants; 3). Our research, experience, and extensive review of depositions, case law, amicus briefs, correspondence, news articles, reports, complaints by Attorneys General from various states, and publicly available securitization documents and practices; 4). A review of the purported "Assignment of Deed of Trust" **signed by "Shelley Thievin**"; and 5). An audit of BM REALESTATE SERVICES, INC., filings with the Securities and Exchange Commission ("SEC"), including BM REALESTATE SERVICES, INC., and JPMORGAN CHASE BANK, N.A., Prospectus Supplement LEGACY MORTGAGE ASSET TRUST 2017-GS1 (investor) and there no Pooling and Servicing Agreement ("PSA"). On May 18, 2009, a Corporation Assignment of Deed of Trust was recorded in the Official Records, Los Angeles County as instrument number 2009730933. The Document was assigned to JPMorgan Chase Bank, N.A. and signed by **Shelley Thievin** for Mortgage Electronic Registration Systems, Inc. without disclosure of her employment. Approximately five (5) years had gone by since note was originated, and examiner therefore recommends production and review of the then notarized bill of sale; note endorsement; and verifiable proof of funds. However, there is no indication that JPMorgan Chase Bank, N.A. was directly involved in the ownership of this loan. They were only a purported successor servicing agent to BM REALESTATE SERVICES, INC. based on JPMorgan Chase Bank, N.A. acquisition of BM REALESTATE SERVICES, INC operations; the Washington Mutual Bank, FA (WAMU) acquisition date is to be determined. As such, this should be considered as a document of impropriety that clouds property title unless rescinded.

10. Based on the findings, Plaintiff believes and thereon alleges our Note was supposed to be properly securitized as a mortgage-backed security that is "pooled" together into a trust pool. The trust is regulated by California Laws. Plaintiff alleges our Note was not securitized and that the US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1., has no legal, equitable, or monetary interest in our Promissory Note such that it can demand payment from us. Further, after conducting the Securitization Audit of (we) Mr. and Mrs. Plong chain of title and US. BANK TRUST, N.A. (US. BANK)

not in individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, PSA, it was determined that (we) Mr. and Mrs. Plong Note and Mortgage were not properly conveyed into the US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, (if it was ever properly formed) because:  1).  The beneficial interest in Plaintiffs Note and Mortgage were not effectively assigned, granted, or transferred to the Sponsor or Depositor (who were supposed to convey Plaintiffs Note and Mortgage into the Trust) prior to the Closing Date of the Trust and, 2).  US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, failed to perfect the title to (we) Mr. and Mrs. Plong Note and Mortgage by not strictly following the requirements of the PSA and other law, regulations, and agreements that govern the US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1.  As purported Trustee of the US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, trust cannot take action which is not authorized by the agreements that created and govern the Trust.  US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, attempt to acquire an interest in Plaintiffs alleged 'Loan' after the Closing Date indicated in the PSA, is an *ultra vires* act that is in violation of the Trust Agreement (i.e., the PSA).

11.  Plaintiff alleges our alleged 'Loan' was not properly assigned to the US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, on or before August 6, 2007, the "Closing Date" as set forth in the Trust Agreement.  The Closing Date is the date by which all of the notes and mortgages had to be transferred into the BM REALESTATE SERVICES, INC., Trust in order for the mortgage loan to be a part of the trust.

12.  On June 7, 2018, Plaintiffs in an effort to verify and validate our alleged 'debt', Mr. and Mrs. Plong sent to RUSHMORE LOAN MANAGEMENT SERVICE LLC to (CFO) RE: RESPA QUALIFIED WRITTEN REQUEST COMPLAINT, DISPUTE OF

DEBT VALIDATION OF DEBT LETTER, TILA REQUEST a letter pursuant to Real Estate Settlement Procedures Act, 12 U.S.C. § 2605(e), in which we requested that the purported servicer (Rushmore Loan Management Service LLC) provide, among other things, a true and correct copy of the original Note and a complete life of the loan transactional history.   A true and correct copy of Plaintiffs Qualified Written Request. The Dodd-Frank Wall Street Reform and Consumer Protection Act ("Dodd-Frank Act") [2] requires that the servicer provide an acknowledgement of receipt of the QWR within five (5) days of receipt and to substantively respond within thirty (30) business days of receipt. Although Rushmore Loan Management Service LLC, properly acknowledged the QWR within five days of receipt, in violation of the Dodd-Frank Act Rushmore Loan Management Service LLC, failed to provide a substantive response within thirty (30) days.   Specifically, even though the QWR contained the borrower's name, loan number, and property address, Rushmore Loan Management Service LLC, substantive response concerned the same borrower, but instead supplied information regarding pay-off statement.

13.   Defendants' failure to provide any information regarding Plaintiffs Note at issue in this case supports Plaintiff's allegations that our Note was not properly transferred to Rushmore Loan Management Service LLC. (Servicer) such that Defendants can enforce Plaintiff's obligation and/or collect Plaintiff's mortgage payments.

14. Plaintiff does not dispute that we owe money on our mortgage obligation. Rather, Plaintiff seeks the Court's assistance in determining who the true creditor is of our Note and Deed of Trust.

15.   Mr. and Mrs. Plong made payments based on the allegedly improper, inaccurate, and fraudulent representations of Plaintiff's account.   Plaintiff's credit and credit score were severely damaged.

16.   The title to Mr. and Mrs. Plong, home have been slandered, clouded, and its salability has been rendered unmarketable.

17.   Plaintiffs DO NOT know who the current beneficiary of our Note and Mortgage actually is, such that we are now subject to double financial jeopardy.

18.   Plaintiffs have offered to and is ready, willing, and able to unconditionally tender our obligation. [3]

19.   Defendants "corporation" US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC, JAMES BYERS (attorney in fact) a deceased entity; CLEAR RECON CORP (CRC), CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, have caused events to occur within the jurisdiction of this Court from which plaintiffs Complaint arises.

---

[2] The Dodd-Frank Act was signed into law on July 21, 2010.   The Act amended several statutes including 12 U.S.C. § 2605.   The Act amended 12 U.S.C. § 2605 by shortening the deadline to acknowledge a QWR from fifteen days to only five days and shortening the substantive response deadline from sixty days to thirty days.   There is a fifteen-day extension allowed if the borrower is notified of the extension and the reasons for the delay.   In addition, the Dodd-Frank Act requires a servicer of a federally related mortgage to "respond to a QWR within ten (10) business days to a request from a borrower to provide the identity, address, and other relevant contact information about the owner or assignee of the loan."   H.R. 4173 section 1463(a).   The Dodd-Frank Act provides available damages to an individual for failing to respond to a QWR request.   Available damages were increased from actual damages plus $1,000.00 to actual damages plus $2,000.00.   The Dodd-Frank Act also prohibits various servicing practices and made a few changes to TILA.

20.   None of the Defendants "corporation" US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2027-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS (attorney in fact) a deceased entity; CLEAR RECON CORP (CRC), CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, have any legal authority over Plaintiffs (Real Property). Any claim made by the Defendants is in violation of FEDERAL AND STATE LAW described herein.

21. All Defendants describes herein, have left patterns of financial destruction, knowingly and intentionally committed Fraud, Theft, Criminal Intent, Negligent Misrepresentation, Concealment, Deception, Extortion and Racketeering against Plaintiffs. All of these problems arise from the "**False Origination of Loan**

**Documents**" with BM REAL ESTATE SERVICES, INC., and CHICAGO TITLE COMPANY [See Bank-Lender Fraud on page 17]

22. Plaintiffs chose to make allegations regarding **false origination of loan documents** and were procured by Fraud, Theft, Criminal Act, Negligent Misrepresentation, Concealment, Deception, Extortion and Racketeering. The illusion created by the banks-lenders and servicers through the use of documents that look good but do not meet the standards of proof required in a foreclosure.

23. US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTAGE ASSET TRUST 2017-GS1.

First:  Violations of Financial Fraud, Theft, Criminal Act, Negligent Misrepresentation, Concealment, Deception, Extortion and Racketeering: Based on information and belief, had made a false claim as alleged 'bank-lender', but in fact, it was just a transaction coordinator.  Hereafter the "Closing Date" instead of re-convey Security Instrument back to Plaintiffs, BM REALESTATE SERVICES, INC., in collusion with CHICAGO TITLE COMPANY withheld Plaintiff as "financial hostage" that forces unwarranted obligation upon Plaintiffs.  And then turned Plaintiffs Security Instrument over to US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, to begin collecting payment on the alleged 'debt' which NEVER happened.

24. US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTAGE ASSET TRUST 2017-GS1.

Second:  Violations of Financial Fraud, Theft, Criminal Act, Negligent Misrepresentation, Concealment, Deception, Extortion and Racketeering:  Based on information and belief, "ILLEGALLY COLLECTED PAYMENT" based on the "Fraudulent Contract" acting as debt collector which it has "NO LEGAL AUTHORITY" to do so.

25. US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1.

Third:  Violations of Financial Fraud, Theft, Criminal Act, Negligent Misrepresentation, Concealment, Deception, Extortion and Racketeering:  Based on information and belief, the "Fraudulent Contract" that was withheld by the Defendants,

allowed them to have on Plaintiffs financial hardship when Plaintiffs apply and received a 'Loan Modification' or better known as "Looter Mafia".

26.  Again "PLAINTIFFS SIGNATURE" on the loan modification agreement was used to access Plaintiffs "Prepaid Treasury Account" the secret account that the public NOT SUPPOSE TO KNOW ABOUT with the FEDERAL RESERVE and get credit in that amount.  It was FULLY PAID FOR a second time.  The "alleged" lender JPMORGAN CHASE BANK, N.A., processes the "Loan Modification Agreement" by DEPOSITING IT! And get paid for it. The US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1., NEVER risked any money, because they NEVER made any "loan", and NEVER have any economic damage or lost.

27. US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTAGE ASSET TRUST 2017-GS1.

Fourth:  Violations of Financial Fraud, Theft, Criminal Act, Negligent Misrepresentation, Concealment, Deception, Extortion and Racketeering:  Based on information and belief, the "**Fraudulent Contract**" ILLEGALLY WITHHELD by Defendants, JPMORGAN CHASE BANK, N.A., MTGLQ INVESTORS, L.P. (ATTORNEY IN FACT). Its attorney in fact for JPMorgan Chase had successfully completed the ILLEGALLY SOLD, ASSIGNED, AND/OR TRANSFERRED to LEGACY MORTGAGE ASSET TRUST 2017-GS1 from here on out the patterns of "frauds, Thefts, Criminal Act, Negligent Misrepresentation, Concealment, Deception, Extortion and Racketeering CONTINUES TO REPEAT with Rushmore Loan management Service LLC, James Byers (attorney in fact) a deceased entity; CLEAR RECON CORP (CRC), CHRISTINE DANKE "Authorized Signatory Trustee".

28.  Plaintiff's case IS NOT an isolated case, it DID NOT happen to Plaintiffs alone, but to every Americans homeowner in America.  These financial Institutions were/are holding the American Peoples "Financial Hostages".  ALL DEFENDANTS HAVE DISPLAYED PATTERNS OF FRAUD, THEFT, CRIMINAL ACT, NEGLIGENT MISREPRESENTATION, CONCEALMENT, DECEPTION, EXTORTION AND RACKETEERING - knowingly and intentionally committed crime against (We the People).

29. U.S. District Court Southern District of California 940 Front Street San Diego, CA 92101-8900. The Court states without any caveats that the failure to assign the loan in the manner and timing set forth in the "trust document" (presumably the Pooling and Servicing Agreement) that the note and Deed of trust are not part of the trust and that therefore the trustee had no basis for asserting ownership, much less the right to enforce. The Judge uses simple logic and applies existing law: if the assignment was **VOID**, then the notices of default, sale, substitution of trustee and any foreclosure would have been totally **VOID**.

30. US. BANK TRUST, N.A. (US. BANK) not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, "attempt to securitize" a loan as opposed to assuming it was done just based upon the paperwork and the presence of the parties' claiming rights through the assignments and securitization.

## IV. DECLARATION RELIEF: TO DETERMINE STATUS OF DEFENDANTS CLAIM [ 28 U.S.C. §§ 2201,2202]

**[AGAINST US. BANK TRUST, N.A., not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS "Attorney in fact" a deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee", CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, AND DOE DEFENDANTS]**

31. Plaintiffs incorporates herein by reference to the preceding allegations made in paragraphs 1 through 30, inclusive, as though fully set forth herein.

32. Section 2201(a) of Title 28 of the United States Code states:   In a case of actual controversy within its jurisdiction, except with respect to Federal taxes other than actions brought under § 7428 of the Internal Revenue Code of 1986, a proceeding under § 505 or 1146 of title 11, or in any civil action involving an anti-dumping or countervailing duty proceeding regarding a class or kind of merchandise of a free trade area country (as defined in section 516A(e)(10) of the Tariff Act of 1930), as determined by the administering authority, any court of the United States, upon the filing of an appropriate

pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought.  Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

---

[3] Case law makes clear that **Plaintiff is only required to allege a credible offer of tender**, not actually tender. *Alicia v. GE Money Bank*, No C 09-00091 SBA, 2009 WL 2136969 at *3 (N.D. Cal. July 16,2009) (" ... debtor must allege a credible tender of the amount of the secured debt ... "). Moreover, tender is not required when the owner's action attacks the validity of the underlying debt because the tender would constitute an affirmation of the debt. *Sacchi v. Mortgage Electronic Registration Systems, Inc.*, No. CV 11-1658 AHM 2011 WL 2533029 at *16 (C.D.Cal June 24, 2011) (emphasis added) citing *Onofrio v. Rice*, 55 Cal. App. 4th 413,424 (1997); Stockton v. Newman, 148 Cal. App. 2d 558, 564 (1957).  See also *Foulkrod v. Wells Fargo Financial California Inc.*, No. CV 11732-GHK (AJWx) (C.D. Cal. May 31. 2011) (" ... requiring plaintiff to tender the amount due on his loan at this time would be illogical and inequitable given that he disputes that Wells Fargo has any rights under the loan."). In light of the fact that Plaintiff contests the legitimacy of the Defendants' claim to the mortgage payments, it would be illogical and inequitable to require Plaintiff to actually tender the amount given that Plaintiff disputes whether Defendants have any rights under the loan. See *Onofrio v. Rice*, 55 Cal. App. 4th 413,424 (1997).

33.   Section 2202 of Title 28 of the United States Code states:  Further necessary or proper relief based on a declaratory judgment or decree may be granted, after reasonable notice and hearing, against any adverse party whose rights have been determined by such Judgment.[4]

34.   Plaintiff alleges that US. BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC, JAMES BYERS "attorney in fact" a deceased entity; CLREA RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney,  DO NOT have a secured or unsecured legal, equitable, or pecuniary interest in the lien evidenced by the Deed of Trust and that its purported assignment has no value since the Deed of Trust is wholly unsecured.

35.   On August 6, 2007, Defendants claimed they were assigned and transferred a secured enforceable interest in, and a perfected lien against the Plaintiffs Note, Deed of Trust, and Property.[5]

36.   Thus, the competing allegations made by Plaintiffs and Defendants, above, establish that a real and actual controversy exists as to the respective rights of the parties to this matter, including ownership of the Property.

37.   Accordingly, Plaintiff requests that the Court make a finding and issue appropriate orders stating that none of the named Defendants or Doe Defendants, have

any right or interest in Plaintiffs Note, Deed of Trust, or the Property which authorizes them, in fact or as a matter of law, to collect Plaintiff's mortgage payments or enforce the terms of the Note or Deed of Trust in any manner whatsoever.

---

[4] It is axiomatic that a cause of action for declaratory relief serves the purpose of adjudicating future rights and liabilities between parties. See *Cardellini v. Casey*, 181 Cal. App. 3d 389 (1986) [Emphasis added]; *Bachis v. State Farm Mutual Auto. Ins. Co.*, 265 Cal. App. 2d 722 (1968).

[5] "Declaratory relief is only appropriate '(1) when the judgment will serve a useful purpose in clarifying and settling the legal relations in issue, and (2) when it will terminate and afford relief from the uncertainty, insecurity, and controversy giving rise to the proceeding.'" *Guerra v. Sutton*, 783 F.2d 1371,1376 (9 h Cir. 1986).

38.    Plaintiff will suffer prejudice if the Court does not determine the rights and obligations of the parties because: 1).  Plaintiff will be denied the opportunity to identify our true and current creditor/lender and negotiate with them; 2).  We will be denied the right to conduct discovery and have US. BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC, JAMES BYERS "attorney in fact" a deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, claims verified by a custodian of records who has personal knowledge of the loan and all transactions related to it; and 3).  We will be denied the opportunity to discover the true amount we still owe minus any illegal costs, fees, and charges.

39.    Due to the actual case and controversy regarding competing claims and allegations, it is necessary that the Court declare the actual rights and obligations of the parties and make a determination as to whether US. BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS "attorney in fact" deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, claims against Plaintiff are enforceable and whether they are secured or unsecured by any right, title, or interest in Plaintiff's Property.

40.    Furthermore, the conduct of US. BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANANGEMENT SERVICE LLC (Servicer), JAMES BYERS "attorney in fact" deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney,   and/or one or more of the Doe Defendants, and each of them, as herein described, was so malicious and contemptible that it would be looked down upon and despised by ordinary people.  Plaintiff is therefore entitled to punitive damages in an amount appropriate to punish Defendants and to deter others from engaging in similar conduct.

## V. NOTICE OF VIOLATIONS - WRONGFUL FORECLOSURE

**[Against US. BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC, JAMES BYERS "attorney in fact"; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, and Doe Defendants]**

41.    Plaintiffs incorporates herein by reference to the preceding allegations made in paragraphs 1 through 40, inclusive, as though fully set forth herein.

42.  Plaintiffs are informed and believe and thereon allege that after the origination and funding of our loan, it was sold to investors as a "mortgage-backed security" and that none of the Foreclosing Defendants in this action owned this loan, or the corresponding note. Moreover, none of the Foreclosing Defendants in this action were lawfully appointed as trustee or had the original note assigned to them. Accordingly, none of the Foreclosing Defendants in this action had the right to declare default, cause notices of default to be issued or recorded, or foreclose on Plaintiffs' interest in the Subject Property. The Foreclosing Defendants were not the note holder or a beneficiary at any time with regard to Plaintiffs alleged 'loan'.

43.  Plaintiffs further allege on information and belief that none of the Foreclosing Defendants in this action are beneficiaries or representatives of the beneficiary and, if

the Foreclosing Defendants allege otherwise, they DO NOT HAVE THE ORIGINAL NOTE to prove that they are in fact the party authorized to conduct the foreclosure.

44.   Plaintiffs further allege on information and belief that the alleged 'loan' was sold, assigned, substituted and/or transferred WITHOUT NOTIFYING the Plaintiffs in writing.   Therefore, the loan is VOID of legal rights to enforce it.

45.   Additionally, The Foreclosing Defendants violated California Civil Code §2923.5(a), which requires a "mortgagee, beneficiary or authorized agent" to "contact the borrower or person by telephone in order to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure."   Section 2923.5(b) requires a default notice to include a declaration "from the mortgagee, beneficiary, or authorized agent" of compliance with section 2923.5, including attempt "with due diligence to contact the borrower as required by this section."

46.   None of the Foreclosing Defendants contacted Plaintiffs to discuss their financial situation.   Moreover, none of the Foreclosing Defendants explored options with Plaintiffs to avoid foreclosure.   Additionally, none of the Foreclosing Defendants informed Plaintiffs of the right to have a meeting within 14 days of said contact. Accordingly, the Foreclosing Defendants DID NOT fulfill their legal obligation to Plaintiffs.

47.   Thus, the Foreclosing Defendants ENGAGED IN A FRAUDULENT FORECLOSURE of the Subject Property in that the Foreclosing Defendants DID NOT HAVE THE LEGAL AUTHORITY to foreclose on the Subject Property and, alternatively, if they had the legal authority, they FAILED TO COMPLY with Civil Code Section 2923.5 and 2923.6.

48.   As a result of US BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS "attorney in fact" a deceased entity; CLEAR RECON CORP, CHRISTINES DANKS "Authorized Signatory Trustee", CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, are wrongfully and illegally foreclosed on the Plaintiffs property including but not limited to, in the manner set out in the preceding paragraphs, which are incorporated herein by reference.   At all

material times hereto, actions by Defendants have caused, and continue to cause, Plaintiffs and Plaintiffs estate to suffer damages in an amount to be determined by the Trier of fact herein.

### VI. NOTICE OF VIOLATIONS - TRUSTEE SALE

**[Against US. BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS "attorney in fact" a deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, and Doe Defendants]**

49.    Plaintiffs incorporates herein by reference to the preceding allegations made in paragraphs 1 through 48, inclusive, as though fully set forth herein.

50.    Plaintiff complains that Defendants committed the violation of 2924j(4)(f) because the conduct constituting the offense was engaged in, authorized, solicited, requested, commanded or knowingly tolerated by a high managerial agent acting within the scope of the agent's employment and on behalf of the Defendants.

51.    It shall be requisite to a trustee's sale: "(4)(f) That, for residential real property, before the notice of trustee's sale is recorded, transmitted, or served, the trustee shall have proof that the beneficiary is the owner of any promissory note or other obligation secured by the deed of trust.   A declaration by the beneficiary made under the penalty of perjury stating that the beneficiary is the actual holder of the promissory note or other obligation secured by the deed of trust shall be sufficient proof as required under this subsection."

52.    Upon information and belief, there is no such declaration that the beneficiary is the owner of any promissory note or other obligation secured by the deed of trust as Plaintiff was not provided such documentation and is unaware that any public record reflects such a declaration, much less before the notice of trustee sale was recorded, transmitted or served.

53.    The Foreclosing Defendants NEVER HAD THE LEGAL AUTHORITY to foreclose, i.e., the authority to exercise the power of sale as an assignee of the Note

and Deed of Trust, because the Foreclosing Defendants' interest was NEVER ACKNOWLEDGED and recorded in violation of Civil Code § 2932.5, resulting in the non-judicial foreclosure sale being VOID *ab initio*.

54.   Moreover, the Foreclosing Defendants never had the legal authority to foreclose because the instrument (Deed of Trust), which permitted foreclosure if the borrower was in default, is VOID as it was IMPROPERLY ASSIGNED AND/OR TRANSFERRED to the Foreclosing Defendants from the original lender.   Therefore, the Deed of Trust COULD NOT provide a basis for a foreclosure, and the non-judicial foreclosure is VOID *ab initio*.

55.   Accordingly, Plaintiffs hereby request an order of this Court that the Trustee's Sale was irregular in that it was legally VOID and conducted without any right or privilege by the Foreclosing Defendants.

56.   Defendants US. BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS "attorney in fact" a deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, **"Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."** *U.S. v. Tweel*, 550 F.2d 297 (1977).   The thing itself, is an impossibility. It may, at once, therefore, be admitted, whenever a party undertakes, by deed or mortgage, to grant property, real or personal, in present, which does not belong to him or has no existence, the deed or mortgage, as the case may be, is inoperative and void, and this either in a court of law or equity." *Pennock v. Coe* (1859), 64 U.S. (23 How.) 117, 127-128, 16 L.Ed. 436.

57. On August 6, 2019, Plaintiffs sent documents via certified mail through U.S. Postal Service to Defendants Rushmore Loan Management Services LLC, JPMorgan Chase Bank N.A., Clear Recon Corp., and on September 7 Plaintiffs sent to U.S. Bank Trust N.A., Legacy Mortgage Asset Trust 2017-GS1.

## VII.    Elements for Wrongful Eviction

58.    *Forcing the homeowners to move and changing the locks on the home,*

59.    *Removing the tenant's personal belongings from the home;*

60.    *Shutting off the tenant's utilities (like water, electricity, and heat);*

61.    *Failing to provide notice of legal eviction proceedings; and*

62.    *Threatening, intimidating, or physically harming a tenant.*

### *B. Add Monetary Damages & Add Injunction Relief*

The original damages for prayers of relief on page 21 starting at line 18 pray for: The proposed prayers for relief to be added to the Plong v. US. BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS "attorney in fact" a deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, First Amended Complaint Plaintiffs seeks 120,000 pieces of one-ounce silver coins, real currency, minted in the United State for damages resulting from loss of time for employment due to pain and suffering and requests the court to issue permanent injunctions on Defendants' to "**Cease and Desist Trustee Sale**" and "**Cease and Desist Notice of Eviction**" as specified in complaint.   Furthermore, Plaintiffs pray the court order each defendant to disclose current and future actions for purposes of reporting fraud as specified in complaint:

1. 120,000 pieces of one-ounce silver coins, real currency, minted in the United State (one hundred and twenty thousand pieces of one-ounce silver coins) loss of time for employment due to pain and suffering.
2. Including Court Fees and/or Legal Counsel Fee, Cost of Litigation, and
3. Awarding Plaintiffs Punitive Damages against Defendants in an amount sufficient to punish and deter these Defendants and others from similar malicious, oppressive, and fraudulent conduct in the future which would be

at least 30,000 pieces of one-ounce silver coins, real currency, minted in the United State (one hundred and twenty thousand pieces of one-ounce silver coins).

4. Awarding Plaintiffs for Costs and Fees in this claim.

5. Granting total monetary damages of 150,000 pieces of one-ounce silver coins, real currency, minted in the United State (one hundred and twenty thousand pieces of one-ounce silver coins).

6. That this court will issue permanent injunctions that will:

    a.    Enjoin and restrain each defendant from participating in any way, directly or indirectly, in the management and/or control of any of the affairs of public or private commercial Banking, Lending, and Servicing in the United States of America.

    b.    Order each defendant to disclose, disseminate, and make available to this court current and future pending public or private commercial Banking, Lending, and Servicing Projects.

    c.    Order each defendant to disclose, disseminate, and make available to *the United States Department of Justice Real Estate Commission for purposes of reporting fraud.*

## C. *Proposed Amendment of Facts Previously Not Alleged*

Proposed amendment of facts previously not alleged to be added to the Plong v. US. BANK TRUST, N.A. not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT SERVICE LLC (Servicer), JAMES BYERS' "attorney in fact" a deceased entity; CLEAR RECON CORP, CHRISTINE DANKS "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC (Third Party Buyer), SAM CHANDRA (SBN 203942) Attorney, First Amended Complaint on page 21 line 18 include reason and justification for the amount in damages:

*Plaintiffs filed an amendment to the original complaint including cost of damages after reevaluating punitive damages relating to the emotional harm previously suffered and compounding new harm once Plaintiff Mareine M. Plong learned for the first time Plaintiffs had constantly endured Defendant's harassment and intimidation tactics.*

Dated:  January 28, 2022

Respectably Submitted

Brendem Plong, [Sovereign]
Plaintiff in Propria Persona

Mareine M. Plong, [Sovereign]
Plaintiff in Propria Persona

## DEMAND FOR JURY TRIAL

Plaintiffs Brendem Plong & Mareine M. Plong [both Sovereigns] hereby demands a trial by jury under common law on all claims.

ATTACHMENT OF EXHIBIT

1   A COPY OF ORIGINAL CORPORATION ASSIGNMENT OF DEED OF TRUST
    WITH ALLONGE.    FOUR PAGES.

2   COPY OF ASSIGNMENT OF DEED OF TRUST EXECUTE ON 1/22/2016 BY
    JPMorgan Chase assign and transfer to MTGLQ INVESTORS, L.P.  TWO PAGES.

3   COPY OF ASSIGNMENT OF DEED OF TRUST EXECUTE ON 7/19/2017. TWO
    PAGES.

4   COPY   OF   CERTIFIED   FORENSIC   LOAN   AUDITORS,   LLC.    Page
    3,5,6,7,12,13,14,15,16,17,18,19,20,28,37,38,39,40,41.

5   TRUSTEE DEED UPON SALE RECORDED ON 9/11/2019.  TWO PAGES

6   COPY OF NOTICE OF EXECUTION WRIT OF POSSESSION ON 10/30/2019
    AND NOTICE TO VACATE EXECUTE DATE 9/15/2020.

    Second notice: from county of Los Angeles Sheriff's Department Court Services
    Division.   Total FIVE PAGES.

**RECORDING REQUESTED BY:**
BM REALESTATE SERVICES INC.

**AND AFTER RECORDING RETURN TO:**
BM REALESTATE SERVICES INC.
24005 VENTURA BLVD., SUITE 100
CALABASAS, CALIFORNIA 91302

Order No.
Escrow No.
Loan No. 044404

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

## Corporation Assignment of Deed of Trust

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to WASHINGTON MUTUAL BANK, FA

all beneficial interest under that certain Deed of Trust dated JULY 8, 2004            executed by BRENDEM PLONG AND MAREINE MELISSA PLONG, HUSBAND AND WIFE AS JOINT TENANTS
, Trustor,

to CHICAGO TITLE COMPANY
, Trustee,

and recorded as Instrument No.                    on                    in book
page            , of Official Records in the County Recorder's office of LOS ANGELES
County, CALIFORNIA            , describing land therein as:
SEE PRELIMINARY TITLE REPORT
A.P.N. #: 2644-030-012 THRU 014

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

CALIFORNIA CORPORATION ASSIGNMENT OF DEED OF TRUST
11/26/03                    Page 1 of 2

DocMagic *eForms* 800-649-1362
www.docmagic.com

Ca.sod.1.tem

STATE OF CALIFORNIA          SS.
COUNTY OF LOS ANGELES

On ~JULY 12, 2004~          before me,

personally appeared *Heather T. Jones*
*Marc Shenkman*

personally known to me (~or proved to me on the basis~ ~of satisfactory evidence~) to be the person(s) whose name(s) is/~are~ subscribed to the within instrument and acknowledged to me that he/~she/they~ executed the same in his/~her/their~ authorized capacity(~ies~), and that by his/~her/their~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

HEATHER T. JONES
Commission # 1467484
Notary Public - California
Los Angeles County
My Comm. Expires Feb 3, 2008

(This area for official notarial seal)

BM REALESTATE SERVICES INC.

_____
MARC SHENKMAN
PRESIDENT

_____

_____

# SCHEDULE   A

Order No:  41002658  X10                    Your Ref:  UNIT 14 TR 53964

1. The estate or interest in the land hereinafter described or referred to covered by this report is:

A CONDOMINIUM, AS DEFINED IN SECTION 783 OF THE CALIFORNIA CIVIL CODE, IN FEE

2. Title to said estate or interest at the date hereof is vested in:

SYLMAR VILLAGE, L.P., A CALIFORNIA LIMITED PARTNERSHIP

3. The land referred to in this report is situated in the State of California, County of LOS ANGELES and is described as follows:

A CONDOMINIUM COMPOSED OF:

(A) AN UNDIVIDED 1/24TH INTEREST IN AND TO LOT 1 OF TRACT NO. 53964 IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1288 PAGES 53 AND 54 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT UNITS 1 TO 24 INCLUSIVE AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED AORUK 15, 2004 AS INSTRUMENT NO. 04-915789, OFFICIAL RECORDS.

(B) UNIT 18 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN ABOVE MENTIONED.

## ALLONGE

LOAN #:   044404

Borrower(s):  BRENDEM PLONG, MAREINE MELISSA PLONG

Property Address: 14522 DAY LILY LANE, LOS ANGELES, CALIFORNIA 91402

Principal Balance: $311,200.00

Loan Date: JULY 8, 2004

PAY TO THE ORDER OF

WASHINGTON MUTUAL BANK, FA

Without Recourse

Company Name: ___ REALESTATE SERVICES INC.

By: _____               PRESIDENT
        MARC  SHENKMAN(Name)                          (Title)

Prepared by, Recording Requested By
and Return to:
Charles Brown
Brown & Associates
2316 Southmore
Pasadena, TX 77502
713-941-4928

## ASSIGNMENT OF DEED OF TRUST

Client Id: GS/AOL
Loan #: 16382787



*FOR VALUE RECEIVED*, JPMORGAN CHASE BANK, N.A., ITS SUCCESSORS AND ASSIGNS, whose address is c/o The Goldman Sachs Group, Inc., 6011 Connection Drive, 5th Floor, Irving, TX 75039, does hereby assign and transfer to MTGLQ INVESTORS, L.P. whose address is c/o The Goldman Sachs Group, Inc., 6011 Connection Drive, 5th Floor, Irving, TX 75039, all its right, title and interest in and to the following described deed of trust, together with certain note(s) described with all interest, all liens, any rights due or to become due thereon, executed by BRENDEM PLONG AND MAREINE MELISSA PLONG, HUSBAND AND WIFE, AS JOINT TENANTS to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR BM REALESTATE SERVICES INC., ITS SUCCESSORS AND ASSIGNS for $333,700.00 dated 7/16/2004 of record on 7/22/2004, in the LOS ANGELES County Clerk's Office, State of CALIFORNIA.

Property Address: 14500 DAY LILY LN, LOS ANGELES, CALIFORNIA 91402

04  1890545

Executed this 1·22·16

JPMORGAN CHASE BANK, N.A. BY ITS ATTORNEY IN FACT MTGLQ INVESTORS, L.P.

By: _____
Title:   VICE PRESIDENT

ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF DALLAS

This instrument was acknowledged before me on __/ · ठठ · | ७__ by ADAM PICK the VICE PRESIDENT as of MTGLQ Investors, L.P. as attorney in fact for JPMORGAN CHASE BANK, N.A., ITS SUCCESSORS AND ASSIGNS, on behalf of said corporation.



_____
Notary Public in and for the STATE OF TEXAS
Notary's Printed Name: Deb McMurtre
My Commission Expires: 9 · 20 · 17

DEB MCMURTRE
Notary Public, State of Texas
Comm. Expires 09-20-2017
Notary ID 128438276

DOT for $333,700.00 dated 7/16/2004

Prepared By and Return To:
Paul Pugzlys
Collateral Department
Meridian Asset Services, Inc.
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

Loan No. 2363726
Sver Ln No: 7600216332
GS ID: 16382787

||||||||||||||||||||||||
4179892

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MTGLQ INVESTORS, L.P.**, whose address is 6011 CONNECTION DRIVE, IRVING, TX 75039, (ASSIGNOR), does hereby grant, assign and transfer to LEGACY MORTGAGE ASSET TRUST 2017-GS1, whose address is 300 DELAWARE AVENUE, 9TH FLOOR, WILMINGTON, DELAWARE 19801, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: 7/16/2004
Original Loan Amount: $333,700.00
Executed by (Borrower(s)): BRENDEM PLONG & MAREINE MELISSA PLONG
Original Trustee: CHICAGO TITLE COMPANY
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BM REALESTATE SERVICES, INC., ITS SUCCESSORS AND ASSIGNS
Filed of Record: In Book N/A, Page N/A.
Document/Instrument No: 04 1870545 in the Recording District of LOS ANGELES, CA. Recorded on 7/22/2004.

Property more commonly described as: 14500 DAY LILY LANE, LOS ANGELES, CALIFORNIA 91402

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: ___JUL 1 9 2017_____

MTGLQ INVESTORS, L.P.

By: DAVE SLEAR
Title: VICE PRESIDENT

Witness Name: ___ Amanda Cunningham

2363726 FANNIE 4179892

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of      TEXAS
County of      DALLAS

                     E'meraude A. Rash

On    JUL 1 9 2017  , before me, _____, a Notary Public, personally appeared DAVE SLEAR, VICE PRESIDENT of/for MTGLQ INVESTORS, L.P., personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of TEXAS that the foregoing paragraph is true and correct. I further certify DAVE SLEAR, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name):   E'meraude A. Rash
My commission expires:     NOV 1 8 2019

> E'MERAUDE A. RASH
> Notary Public State of Texas
> My Commission # 130444321
> My Comm. Exp. November 18, 2019

2363726 FANNIE 4179892

 

This page is part of your document - DO NOT DISCARD



**20190933107**



Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**09/11/19 AT 08:00AM**

|        |          |
|--------|----------|
| FEES:  | 18.00    |
| TAXES: | 2,382.80 |
| OTHER: | 0.00     |
| PAID:  | 2,400.80 |





LEADSHEET



201909110170017

00017135081



010113588

SEQ:
01

SECURE - 8:00AM



THIS FORM IS NOT TO BE DUPLICATED

E034519

368_4651248_ 

WHEN RECORDED MAIL TO:

**CATAMOUNT PROPERTIES 2018, LLC**
**2015 MANHATTAN BEACH BLVD, #100**
**REDONDO BEACH, CA 90278**
Recording Requested By. synrgo, Inc.
TRA# 00013
Trust No. **075627-CA**
Parcel No. 2644-030-212
Property Address: **14500 DAY LILY LANE**
LOS ANGELES, CA 91402 AKA
PANORAMA CITY, CA 91402

Space Above This Line For Recorder

| MAIL TAX STATEMENT TO: | Documentary Transfer Tax $1,914.75 City /$468.05 |
|---|---|
| | The Grantee Herein was not the Foreclosing COUNTY Beneficiary. |
| Same as above | consideration **$425,500.00** |
| | unpaid debt **$368,142.54** |
| | ⋁ Computed on the consideration or value of property conveyed. |
| | ___ Computed on the consideration of value less liens or encumbrances remaining at time of sale. |

The undersigned declare under penalty of perjury

Signature of Declarant or Agent
APN 2644-030-212

# TRUSTEE'S DEED UPON SALE

**CLEAR RECON CORP** (herein called trustee) does hereby grant and convey, but without covenant or warranty, express or implied to **CATAMOUNT PROPERTIES 2018, LLC** (herein called Grantee) the real property in the county of **Los Angeles**, State of California described as follows:
**A CONDOMINIUM COMPOSED OF**
**(A) AN UNDIVIDED 1/24TH INTEREST IN AND TO LOT 1 OF TRACT NO 53964 IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1288 PAGES 53 AND 54 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY**

**EXCEPT UNITS 1 TO 24 INCLUSIVE AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED APRIL 15, 2004 AS INSTRUMENT NO 04-915789, OFFICIAL RECORDS**

**(B) UNIT 24 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN ABOVE MENTIONED**

The street address and other common designation, if any, of the real property described above is purported to be: **14500 DAY LILY LANE, LOS ANGELES, CALIFORNIA 91402** AKA
PANORAMA CITY, CALIFORNIA 91402

CRC TDUS 07292019

Electronically FILED by Superior Court of California, County of Los Angeles on 09/04/2020 09:11 AM Sherri R. Carter, Executive Officer/Clerk of Court, by T. Bets, Deputy Clerk

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:  STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|
| NAME: Sam Chandra SBN 203942　(626) 256-4999 | |
| FIRM NAME: Law Offices of Sam Chandra, APC | |
| STREET ADDRESS: 710 S. Myrtle Ave. # 600 | |
| CITY: Monrovia　STATE: CA　ZIP CODE: 91016 | |
| TELEPHONE NO.:　FAX NO.: | |
| EMAIL ADDRESS: | |
| ATTORNEY FOR (name): Catamount Properties 2018, LLC | |
| [X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 6230 SYLMAR AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: VAN NUYS, CA 91401
BRANCH NAME: VAN NUYS

| PLAINTIFF/PETITIONER: Catamount Properties 2018, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Brendem Plong, et al | 19VEUD02431 |

| WRIT OF | [ ] EXECUTION (Money Judgment) | | [X] Limited Civil Case (including Small Claims) |
|---|---|---|---|
| | [X] POSSESSION OF | [ ] Personal Property | |
| | | [X] Real Property | [ ] Unlimited Civil Case (including Family and Probate) |
| | [ ] SALE | | |

1. **To the Sheriff or Marshal of the County of:** LOS ANGELES
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.

3. (Name): Catamount Properties 2018, LLC
   is the [X] original judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   ┌─────────────────────────────┐
   │ Brendem Plong               │
   │ 14500 Day Lily Lane         │
   │ Panorama City, CA 91402     │
   │                             │
   │                             │
   └─────────────────────────────┘

   [X] Additional judgment debtors on next page

5. **Judgment entered on** (date): 10/30/19
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [X] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.
11. Total judgment (as entered or renewed)　$
12. Costs after judgment (CCP 685.090)　$ possession only
13. Subtotal (add 11 and 12)　$_____
14. Credits to principal (after credit to interest)　$
15. Principal remaining due (subtract 14 from 13) $_____
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees)　$
17. Fee for issuance of writ (per GC 70626(a)(I))　$ 40.00
18. Total amount due (add 15, 16, and 17)　$ 40.00
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees)　$ 0.00
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j))　$ 0.00

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

Date:　09/04/2020　Clerk, by　T. Bets　, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| Plaintiff/Petitioner: Catamount Properties 2018, LLC | CASE NUMBER: |
|---|---|
| Defendant/Respondent:  Brendem Plong, et al | 19VEUD02431 |

21. [X]  Additional judgment debtor(s) (name, type of legal entity if not a natural person, and last known address):

Mareine Melissa Plong
14500 Day Lily Lane
Panorama City, CA 91402

22. The judgment is for (check one):

    a. [ ]  wages owed.
    b. [ ]  child support or spousal support.
    c. [X]  other.

23. [ ]  Notice of sale has been requested by (name and address):

24. [ ]  Joint debtor was declared bound by the judgment (CCP 989-994)
    a.  on (date):
    b.  name, type of legal entity if not a natural person, and
        last known address of joint debtor:

    a.  on (date):
    b.  name, type of legal entity if not a natural person, and
        last known address of joint debtor:

    c. [ ]  Additional costs against certain joint debtors are itemized: [ ] below [ ] on Attachment 24c.

25. [X]  (Writ of Possession or Writ of Sale) Judgment was entered for the following:
    a. [X]  Possession of real property: The complaint was filed on  (date):  09/18/19
        (Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)

      (1) [X]  The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The
           judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

      (2) [ ]  The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

      (3) [X]  The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
           judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns
           to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) (See CCP
           415.46 and 1174.3(a)(2).)

      (4)  If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the Prejudgment Claim of Right to Possession was
         not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

        (a)  The daily rental value on the date the complaint was filed was  $ 83.33
        (b)  The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates (specify):

           To be set pursuant to CCP 1174.3

          *Court to set date upon request*

Item 25 continued on next page

EJ-130

| Plaintiff/Petitioner: Catamount Properties 2018, LLC | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Brendem Plong, et al | 19VEUD02431 |

25. b. ☐ Possession of personal property.

    ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described   ☒ below   ☐ on Attachment 25e.

the premises located at:

14500 Day Lily Lane, Panorama City, CA 91402, County of LOS ANGELES

---

NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
COURT SERVICES DIVISION

# NOTICE TO VACATE

**CASE NUMBER:** 19VENDO2431

**TO:** Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor.

By virtue of a **Writ of Possession of Real Property**, a copy of which is attached, YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THIS WRIT NOT LATER THAN: 9-15 , 20 20 .

SHERIFF'S BRANCH (Name, Address and Telephone Number)

☐                              ☐               **ALEX VILLANUEVA, SHERIFF**

SHERIFF'S DEPARTMENT
CIVIL MANAGEMENT BUREAU      By: _Hoffender_
SAN FERNANDO OFFICE              Deputy
THIRD STREET, ROOM 1081      Date: 9-10-20
SAN FERNANDO, CA 91340
(818) 898-2773

☐                              ☐

76N654E SH-CI-52 (REV. 08/19)        *NOTICE TO VACATE*

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
COURT SERVICES DIVISION

## RECEIPT FOR POSSESSION OF REAL PROPERTY

CASE # 9 VEUO 02431

On ____05/17/20____ at ___0948___ A.M. I enforced the court order upon which this
endorsement appears by placing the plaintiff in possession of the described premises.

ALEX VILLANUEVA, SHERIFF

By ___OseJen A___, Deputy

Penal Code § 419 makes it a misdemeanor for any person who, after removal by court
order, returns to settle, reside upon or take possession of such lands.

In the event evicted individuals reenter the property in violation of Penal Code § 419,
present this document to the responding local law enforcement agency.

SHCL - 387



## BORROWERS ASSIGNMENT OF MORTGAGE

**Shows the Borrowers Loan# 7600216322 was assigned and set over without recourse to AJAX Mortgage Loan Trust 2015-B**

**When Recorded Return to:**
First American Mortgage Solutions
Attn: LR Department (Cust: 650)
3 First American Way
Santa Ana, CA 92707

Prepared By and Return To:
Paul Pugzlys
Collateral Department
Meridian Asset Services, Inc.
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

Loan No: 2363736
Sver Ln No: 7600216322
GS ID: 16382787

4888473 DTI

4179892

### ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MTGLQ INVESTORS, L.P.**, whose address is **6011 CONNECTION DRIVE, IRVING, TX 75039** (ASSIGNOR), does hereby grant, assign and transfer to **LEGACY MORTGAGE ASSET TRUST 2017-GS1**, whose address is **300 DELAWARE AVENUE, 9TH FLOOR, WILMINGTON, DELAWARE 19801**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: 7/16/2004
Original Loan Amount: $333,700.00
Executed by (Borrower(s)): BRENDEM PLONG & MAREINE MELISSA PLONG
Original Trustee: CHICAGO TITLE COMPANY
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BM REALESTATE SERVICES, INC., ITS SUCCESSORS AND ASSIGNS
Filed of Record: In Book N/A, Page N/A,
Document/Instrument No: 04 1870545 in the Recording District of LOS ANGELES, CA, Recorded on 7/22/2004.

Property more commonly described as 14500 DAY LILY LANE, LOS ANGELES, CALIFORNIA 91402

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: _____ JUL 1 9 2017 _____

**MTGLQ INVESTORS, L.P.**

By: DAVE SLEAR
Title: VICE PRESIDENT

Witness Name: Amanda Cunningham

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



# SECTION 2:    SECURITIZATION
## SECURITIZATION PARTICIPANTS:
### PRIVATE PLACEMENT

| ORIGINATOR/LENDER | SPONSOR/SELLER | UNDERWRITER |
|---|---|---|
| BM REALESTATE SERVICES INC | MTGLQ INVESTORS, LP | GOLDMAN SACHS & CO. |
| **ISSUING ENTITY** | **TRUSTEE** | **MASTER SERVICER/ SERVICER** |
| LEGACY MORTGAGE ASSET TRUST 2017-GS1 | U.S. BANK NATIONAL ASSOCIATION | RUSHMORE LOAN MANAGEMENT & SHELLPOINT MORTGAGE SERVICING |
| **CUSTODIAN** | **MATURITY DATE** | **ISSUE DATE** |
| U.S. BANK NATIONAL ASSOCIATION | JANUARY 25, 2057 | MAY 19, 2017 |

* This is a private placement as defined in Rule 144a of the Securities Act of 1933.   As such, a prospectus and other investor information are not publicly disclosed. This type of report may otherwise include extracts of the prospectus supplement (Form 424B5) indicating the securitization transaction parties; assignment and delivery of the mortgage loans; and extracts of the Pooling and Servicing Agreement, notably the conveyance of the loan verbiage generally placed into "Section 2.01" of such agreements. This private placement is an indication that the note has been sold and securitized to third parties similar to publicly reporting mortgage trusts.

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020
-All Rights Reserved-



**ISSUE DATE OF LEGACY MORTGAGE ASSET TRUST 2017-GS1 PER BLOOMBERG, LP**

## RATINGS HISTORY

| LMAT 2017-GS1 A1 | Not Priced | | CUSIP 52471WAA8 | Yield --/-- | |
|---|---|---|---|---|---|
| As of -- | Prepay 0 | WAL 0 | Collateral 100.0% | PESB/4.1% | -- |

| LMAT 2017-GS1 A1 Mtge | Setup Alert | Settings ▾ | | | Ratings History |
|---|---|---|---|---|---|
| CUSIP 52471WAA8 | Coupon 6.500 | Issue Date | 05/19/2017 | | |
| CMO ARB,AFC,AD,SEQ | | Maturity Date | 01/25/2057 | | |
| Agency | | Rating Type | Rating | | Effective Date |

Upgrade  Downgrade  **Affirmation**  Initial  Recent Rating Action

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.
SN 434053 EDT  GMT-4:00 G387-0653-0 07-Jun-2020 23:34:13

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*




## BLOOMBERG SCREENSHOT SHOWS LEGACY MORTGAGE ASSET TRUST 2017-GS1 IS A PRIVATE PLACEMENT TRUST

## DESCRIPTION OF SECURITY FROM BLOOMBERG

LMAT 2017-GS1 A1    Not Priced    CUSIP 52471WAA8    Yield --/--
As of --    Prepay 0    WAL 0    Collateral 100.0% RESB/4.1%    --

| LMAT 2017-GS1 A1 Mtge  Send | | Page 1/5  Security Description |
| US RMBS RESB/C | 4.432(344)161 CUSIP 52471WAA8  Loan Level  29 Buy  30 Sell | |

1) Bond Summary  2) Group Summary  3) Comments  4) Structural Summary  9) Overview

| | | | |
|---|---|---|---|
| Issuer | Legacy Mortgage Asset Trust | 6) Pro \| DSCO » | 7) Docs \| DSCO » | 10) Servicer | Rushmore Loan Managem... |
| Series | 17-GS1  Class  A1  Mty 01/25/2057 | 14) ISIN  US52471WAA80 | 17) Lead Mgr | Goldman Sachs & Co |
| 16) Class Description | ARB, AFC, AD, SEQ  FIGI  BBG00GNWVMM1 | 18) Trustee | US Bank National Associa... |

Private Placement

| Current | | Original | | Payment Details | | Rating  Curr  Orig |
|---|---|---|---|---|---|---|
| Bal USD | 65,866,446 | Bal USD | 94,784,000 | Next Pay | 06/25/2020 | |
| Fct (May 20) | 0.694911023 | WAL | 2.21Yrs@ 6 CPR | Rcd Date | 06/24/2020 | |
| Cpn (Apr 20) | 6.50000% | 1st Coupon | 3.50000% | Pay Day | 25th | |
| Class/Grp Pct | 49.52% | Class/Grp Pct | 60.00% | Frequency | Monthly | |
| Beg Accrue | 05/25/2020 | 1st Pay | 05/25/2017 | Pay Delay | 0 Days | |
| End Accrue | 06/24/2020 | 1st Settle | 05/19/2017 | Day Count | 30/360 | Additional Information |
| | | Dated Date | 05/19/2017 | Calendar | US | DTC Book Entry, DTC Same |
| | | Priced | 05/10/2017 | Call | Callable | Day, TRACE, 144A |
| 11) Cr Supp | 38.54% | | | Call Date | 04/25/2020 | |
| | | | | | | Min Size  100,000 |
| | | | | | | Increment  1 |

| | May20 | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun19 | 13) Cpn Details \| FCG » |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fctr | 0.69 | 0.71 | 0.72 | 0.72 | 0.73 | 0.74 | 0.74 | 0.75 | 0.77 | 0.78 | 0.78 | 0.79 | |
| Cpn | 6.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | |
| VPR | 9.24 | 7.32 | 0.04 | 6.29 | 3.26 | 4.52 | 4.11 | 5.93 | 4.01 | 1.17 | 0.52 | 7.44 | |
| CDR | 2.22 | 0.00 | 0.80 | 0.78 | 0.00 | 0.00 | 1.71 | 8.87 | 2.39 | 5.40 | 0.76 | 6.08 | |
| SEV | 69.66 | | 69.69 | 97.66 | | | 45.54 | 29.07 | 83.32 | 11.52 | 4.87 | 23.27 | |
| D60+ | 22.4 | 21.9 | 20.6 | 20.5 | 21.8 | 21.4 | 22.3 | 22.2 | 22.3 | 22.5 | 22.1 | 22.9 | |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.
SN 434063 EDT  GMT-4:00 G357-9653-0 07-Jun-2020 23:30:22

*The research products for this report are derived from a search of BLOOMBERG records. The Note and Mortgage have taken two distinctly different paths. The Note have been securitized into a private placement LEGACY MORTGAGE ASSET TRUST 2017-GS1. Private placement trust like LEGACY MORTGAGE ASSET TRUST 2017-GS1 will not be and have not been registered under the Securities Act of 1933 and may not be offered or sold in the United States. LEGACY MORTGAGE ASSET TRUST 2017-GS1 does not have the Prospectus & Pooling and Servicing Agreement (PSA) available on the SEC website.*

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



# REPORT SUMMARY

**Deed of Trust:**

- On July 16, 2004, Debtors BRENDEM PLONG AND MAREINE MELISSA PLONG executed a negotiable promissory note and a security interest in the form of a DEED OF TRUST in the amount of $333,700.00. This document was filed as document number 2004.1870545 in the Official Records of Los Angeles County. *The original lender of the promissory note and beneficiary of the Mortgage is BM REALESTATE SERVICES INC.*

**Securitization (The Note):**

- The NOTE was sold, transferred, assigned and securitized into a Private Placement **LEGACY MORTGAGE ASSET TRUST 2017-GS1** with an Issue Date of MAY 19, 2017.

**Notice of Default:**

- On March 20, 2009, a Notice of Default was recorded in the Official Records, Los Angeles County as instrument number 2009.403909.

**Assignment of Deed of Trust:**

- On May 18, 2009, an Assignment of Deed of Trust was recorded in the Official Records, Los Angeles County as instrument number 2009.730933 to JPMorgan Chase Bank, National Association. Document was signed by Shelley Thievin for Mortgage Electronic Registration Systems, Inc. without disclosure of true employment. Approximately five (5) years had gone by since note was originated, and examiner therefore recommends production and review of the then notarized bill of sale; note endorsement; and verifiable proof of funds. Examiner considers this a document of impropriety requiring rescission for rightful foreclosure to take place until actual purchase by above parties is verified.

**Notice of Trustee Sale:**

- On June 24, 2009, a Notice of Trustee Sale was recorded in the Official Records, Los Angeles County as instrument number 2009.947176.

**Rescission of Notice of Trustee Sale:**

- On September 01, 2009, a Rescission of Notice of Trustee Sale was recorded in the Official Records, Los Angeles County as instrument number 2009.1338361.

**Notice of Default:**

- On June 12, 2014, a Notice of Default was recorded in the Official Records, Los Angeles County as instrument number 2014.608471.

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



**Two Notice of Sale:**
- On September 26, 2014 & March 31, 2015, Two Notices of Sale were recorded in the Official Records, Los Angeles County as instrument number 2014.1022416 & 2015.345174.

**Rescission of Lis Pendens/Notice of Default/Notice of Sale:**
- On January 15, 2016, a Notice of Default was recorded in the Official Records, Los Angeles County as instrument number 2016.49966.

**Loan Modification:**
- On February 03, 2016, a Rescission of Lis Pendens/Notice of Default/Notice of Sale was recorded in the Official Records, Los Angeles County as instrument number 2016.125213.

**Assignment of Deed of Trust:**
- On March 20, 2018, an Assignment of Deed of Trust was recorded in the Official Records, Los Angeles County as instrument number 2018.268382 to LEGACY MORTGAGE ASSET TRUST 2017-GS1. Document was signed by Dave Slear for MTGLQ INVESTORS, L.P. without disclosure of true employment. Approximately fourteen (14) years had gone by since note was originated, and examiner therefore recommends production and review of the then notarized bill of sale; note endorsement; and verifiable proof of funds. Examiner considers this a document of impropriety requiring rescission for rightful foreclosure to take place until actual purchase by above parties is verified.

**Notice of Default:**
- On April 12, 2019, a Notice of Default was recorded in the Official Records, Los Angeles County as instrument number 2019.324934.

**Notice of Sale:**
- On August 06, 2019, a Notice of Sale was recorded in the Official Records, Los Angeles County as instrument number 2019.780422.

**NO RECORDED SUBSTITUTION OF TRUSTEE as mandated by: Cal. Civ. Code §2934a (a)(1) Original Trustee: Chicago Title Company**

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



## ASSIGNMENT OF DEED OF TRUST RECORDED 05/18/2009

Shelley Thievin signs for Mortgage Electronic Registration Systems, Inc., without disclosure of employment by likely Assignee JPMorgan Chase Bank, N.A.  This position of unilateral transfer is further strengthened by the fact that there is no evidence of verified proof of funds; a note endorsement; a bill of sale; a declaration of value; or transfer taxes as having been paid to Los Angeles County, California in "For value received" for this $333,700.00 security interest.

05/18/2009

Recording requested by:

When recorded mail to:

Washington Mutual Bank, FA
7255 Baymeadows Way
Jacksonville, FL 32256

*20090730933*

APN : **2644-030-012**          Ln No.: 0644461519
Order No.: 090202750-CA-DCO

SPACE ABOVE THIS LINE FOR RECORDER'S USE
TS No.: CA-09-264260-ED

### Assignment of Deed of Trust

For value received, the undersigned corporation hereby grants, assigns, and transfers to

**JPMorgan Chase Bank, National Association,**

All beneficial interest under that certain Deed of Trust dated **7/16/2004** executed by **BRENDEM PLONG AND MAREINE MELISSA PLONG, HUSBAND AND WIFE AS JOINT TENANTS,** as Trustor(s) to **CHICAGO TITLE COMPANY,** as Trustee and recorded as Instrument No. **04-1870545,** on **7/22/2004** , in Book **xxx,** Page **xxx** of Official Records, in the office of the County Recorder of **LOS ANGELES** County, **CA** together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Page 1 of 2

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



## PAGE 2 OF ASSIGNMENT SIGNED BY SHELLEY THIEVIN

Dated: 3/17/2009 5:30 PM

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR BM REALESTATE SERVICES INC.

By: _____

Shelley Thievin
Vice President

State of  Florida    )
County of  Duval    )

On _5/6/09_ before me, _____Deborah A McNulty_____ a notary public ,personally appeared _____Shelley Thievin_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

DEBORAH A. MCNULTY
Notary Public · State of Florida
My Comm. Expires Jan 30, 2011
Commission # DD 501452
Bonded Through National Notary Assn.

Page 2 of 2

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020
-All Rights Reserved-



### ASSIGNMENT OF DEED OF TRUST RECORDED 03/20/2018

Dave Slear assigned the Deed of Trust to Legacy Mortgage Asset Trust 2017-GS1 by signing for MTGLQ Investors, L.P. U.S. Bank National Association is hereby appointed as a trustee of the Trust, to have all the rights, duties and obligations of the Trustee with respect to the Trust Legacy Mortgage Asset Trust 2017-GS1 with a Closing Date of MAY 19, 2017. This document is approximately 3 years after the mortgage was place in the Trust a clear violation of the Servicing Agreement.

**When Recorded Return to:**
First American Mortgage Solutions
Attn: LR Department (Cust: 650)
3 First American Way
Santa Ana, CA 92707

Prepared By and Return To:
Paul Pugzlys
Collateral Department
Meridian Asset Services, Inc.
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Loan No: 2363726
Sver Ln No: 7600216322
GS ID: 16382787

48884 73 DT

Space above for Recorder's use

4179892

### ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MTGLQ INVESTORS, L.P.**, whose address is **6011 CONNECTION DRIVE, IRVING, TX 75039**, (ASSIGNOR), does hereby grant, assign and transfer to **LEGACY MORTGAGE ASSET TRUST 2017-GS1**, whose address is **300 DELAWARE AVENUE, 9TH FLOOR, WILMINGTON, DELAWARE 19801**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: **7/16/2004**
Original Loan Amount: **$333,700.00**
Executed by (Borrower(s)): **BRENDEM PLONG & MAREINE MELISSA PLONG**
Original Trustee: **CHICAGO TITLE COMPANY**
Original Beneficiary: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BM REALESTATE SERVICES, INC., ITS SUCCESSORS AND ASSIGNS**
Filed of Record: In Book N/A, Page N/A,
Document/Instrument No: 04 1870545 in the Recording District of **LOS ANGELES, CA**, Recorded on **7/22/2004**.

Property more commonly described as: **14500 DAY LILY LANE, LOS ANGELES, CALIFORNIA 91402**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **JUL 1 9 2017**

**MTGLQ INVESTORS, L.P.**

By: **DAVE SLEAR**
Title: **VICE PRESIDENT**

Witness Name:    Amanda Cunningham

Page | 16

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



## PAGE 2 OF ASSIGNMENT SIGNED BY SHELLEY THIEVIN

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of        **TEXAS**
County of       **DALLAS**

E'meraude A. Rash

On _____ JUL 1 9 2017 _____ , before me, _____ , a Notary Public, personally appeared **DAVE SLEAR, VICE PRESIDENT** of/for **MTGLQ INVESTORS, L.P.,** personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **TEXAS** that the foregoing paragraph is true and correct. I further certify DAVE SLEAR, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.



(Notary Name): **E'meraude A. Rash**
My commission expires: _____ NOV 1 8 2019

E'MERAUDE A. RASH
Notary Public State of Texas
My Commission # 130444321
My Comm. Exp. November 18, 2019

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



To foreclose on real property, a plaintiff must be able to establish the chain of title entitling him to relief. Nevertheless, MERS has acknowledged, and recent cases have held, that MERS is a mere "nominee"— an entity appointed by the true owner simply for the purpose of holding properties in order to facilitate transactions. Recent court opinions stress that this defect is not just a procedural defect, but is a substantive failure, one that is fatal to the plaintiff's legal ability to foreclose. The first Assignment should have been made starting with the original lender:  BM REALESTATE SERVICES INC; to Sponsor MTGLQ INVESTORS, LP; and into the Trust, LEGACY MORTGAGE ASSET TRUST 2017-GS1 (Investor) then Only LEGACY MORTGAGE ASSET TRUST 2017-GS1 can assign any servicer of the loan. A break in the chain of title constitutes a title defect and renders the title to real property unmarketable. In an incomplete chain of title, there is a document or more missing from the chain, without which the whole chain breaks down. A claim of title based on a title document alleged to have been lost or destroyed can only be established by clear, unequivocal and convincing evidence.  This heightened burden of proof has been imposed by the courts in order to avoid fraud.

All proper parties need to be named and included in instruments of conveyance.  A break in the chain of title occurs when all proper parties have not been included on the conveying instrument. Thus, there is a problem if title was vested in both A and B, but only B conveyed out. An assignment grant or conveyance shall be void as against any subsequent purchaser or Mortgagee for a valid consideration, without notice, unless it is recorded in the County Recorder's Office within three months of its date or prior to the date of such subsequent purchase or mortgage. In short, if an assignment is not recorded with three months after signing, the assignee stands at risk of having its rights subordinated to a subsequent bona fide purchaser or lender acting without notice of the assignment.

Existing law authorizes the recording of an instrument affecting the title to or possession of real property, as well as the recording of an assignment of a Mortgage. Under existing law, the recordation of an interest in real property provides notice of that interest to subsequent purchasers and mortgagees. Existing law provides that an unrecorded conveyance of real property is void against a duly recorded interest by a subsequent purchaser or mortgagee, if he or she acted in good faith and paid valuable consideration.

Each transfer must be a true sale for purposes of creating a bankruptcy remote structure which was the very purpose of the securitization process. Each transfer must follow the specific steps designated in the structure as set forth in Section 2.01 entitled Conveyance of Mortgage Loans of the Pooling and Servicing Agreement which is the document that set up the Trust ("PSA"). Additionally, all steps in the transfer process must be true and complete sales between the parties in order to qualify the Trust for what is called REMIC qualification under the Internal Revenue Code for Real Estate Mortgage Conduit securitization trusts, or REMIC trusts.

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



**American Banker** states that foreclosure ownership support documents (the primary example being Assignments of Deed of Trust) should be prepared at time of transfer instead of by bank employees claiming to represent lenders that no longer exist:



**AMERICAN BANKER** | Consumer Finance

Today's Paper | Magazine | iPad | Video          Women in Banking | FinTech 100

MERGERS & ACQUISITIONS    REGULATION & REFORM    COMMUNITY BANKING    CONSUMER FINANCE    BANK TECHNOLOGY    BANKTHINK    SPECIAL REPOR

Foreclosure Documents

by Kate Berry
AUG 31, 2011 5:47pm ET

🖶 Print    ✉ Email    🗐 Reprints

(15) Comments

Tweet 66    Share 21    Like 76    +1

Some of the largest mortgage servicers are still fabricating documents that should have been signed years ago and submitting them as evidence to foreclose on homeowners.

The practice continues nearly a year after the companies were caught cutting corners in the robo-signing scandal and about six months after the industry began negotiating a settlement with state attorneys general investigating loan-servicing abuses.

Several dozen documents reviewed by *American Banker* show that as recently as August some of the largest U.S. banks, including Bank of America Corp., Wells Fargo & Co., Ally Financial Inc., and OneWest Financial Inc., were essentially backdating paperwork necessary to support their right to foreclose.

Some of documents reviewed by *American Banker* included signatures by current bank employees claiming to represent lenders that no longer exist.

**RELATED LINKS**

U.S. Bank Stands Out as a Mortgage Bond Trustee with Teeth

Robo-Signing Settlement Needs to Go All the Way

Are the State AG Mortgage Settlement Talks Falling Apart?

N.Y. AG Moves to Intervene in B of A-Bondholder Settlement

**RELATED GRAPHIC**

🔍 Enlarge This Image



http://www.americanbanker.com/issues/176_170/robo-signing-foreclosure-mortgage-assignments-1041741-1.html

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



## DESCRIPTION OF SECURITY FROM BLOOMBERG

This is a private placement stated to be subject to rule 144(a) of the Securities Act of 1933, restricted to non-US investors, unless otherwise qualified.

```
LMAT 2017-GS1 A1   Not Priced        CUSIP 52471WAA8      Yield --/--
As of --      Prepay 0      WAL 0   Collateral 100.0% RESB/4.1%              --
LMAT 2017-GS1 A1 Mtge   Send                        Page 1/5  Security Description
US RMBS RESB/C        4.432(344)161 CUSIP 52471WAA8   Loan Level    95 Buy   96 Sell
1) Bond Summary   2) Group Summary   3) Comments   4) Structural Summary   5) Overview
Issuer  Legacy Mortgage Asset Trust    6) Pro | DSCO »   7) Docs | DSCO »  16) Servicer    Rushmore Loan Managem...
Series  17-GS1   Class  A1   Mty  01/25/205714) ISIN   US52471WAA80     17) Lead Mgr     Goldman Sachs & Co
10) Class Description   ARB, AFC, AD, SEQ          FIGI  BBG00GNWVMM1    18) Trustee      US Bank National Associa...
                                                                         Private Placement
Current                    Original                   Payment Details      Rating   Curr   Orig
Bal USD      65,866,446    Bal USD      94,784,000    Next Pay   06/25/2020
Fct (May 20) 0.694911023   WAL          2.21Yrs@ 6 CPR Rcd Date  06/24/2020
Cpn (Apr 20) 6.50000%      1st Coupon   3.50000%      Pay Day        25th
Class/Grp Pct   49.52%     Class/Grp Pct   60.00%     Frequency   Monthly
Beg Accrue   05/25/2020    1st Pay      05/25/2017     Pay Delay    0 Days
End Accrue   06/24/2020    1st Settle   05/19/2017     Day Count     30/360   Additional Information
                           Dated Date   05/19/2017     Calendar         US   DTC Book Entry, DTC Same
                           Priced       05/10/2017     Call        Callable  Day, TRACE, 144A
11) Cr Supp      38.54%                                Call Date 04/25/2020
                                                                         Min Size            100,000
                                                                         Increment                 1
```

| | May20 | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun19 | 13) Cpn Details | FCG » |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fctr | 0.69 | 0.71 | 0.72 | 0.72 | 0.73 | 0.74 | 0.74 | 0.75 | 0.77 | 0.78 | 0.78 | 0.79 | | |
| Cpn | 6.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | | |
| VPR | 9.24 | 7.32 | 0.04 | 6.29 | 3.26 | 4.52 | 4.11 | 5.93 | 4.01 | 1.17 | 0.52 | 7.44 | | |
| CDR | 2.22 | 0.00 | 0.80 | 0.78 | 0.00 | 0.00 | 1.71 | 8.87 | 2.39 | 5.40 | 0.76 | 6.08 | | |
| SEV | 69.66 | | 69.69 | 97.66 | | | 45.54 | 29.07 | 83.32 | 11.52 | 4.87 | 23.27 | | |
| D60+ | 22.4 | 21.9 | 20.6 | 20.5 | 21.8 | 21.4 | 22.3 | 22.2 | 22.3 | 22.5 | 22.1 | 22.9 | | |

```
Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900     Singapore 65 6212 1000      U.S. 1 212 318 2000   Copyright 2020 Bloomberg Finance L.P.
                                                                          SN 434069 EDT  GMT-4:00 G597-9633-0 07-Jun-2020 23:30:22
```

CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020
-All Rights Reserved-



## STRUCTURED FINANCE NOTES SCREEN
*Lists the related parties to the securitization transaction*

```
LMAT 2017-GS1 A1   Not Priced       CUSIP 52471WAA8    Yield --/--
As of --      Prepay 0      WAL 0   Collateral 100.0% RESB/4.1%          --
  99 Documents  ▾                                   Structured Finance Notes
LMAT 2017-GS1 LEGACY MORTGAGE ASSET TRUST
Underwriter
Lead Manager            Goldman Sachs & Co



Original Servicers                  Trustee
Master   Rushmore Loan Management Se US Bank National Association
Master   Shellpoint Mortgage Servicing
                                    Paying Agent



Originator/Seller       Deal%       Asset Manager
MTGLQ Investors, L.P.    100        RMS Asset Management LLC
                                    Swap Counterparty


Insurer                 Deal%
```

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900     Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.
                                                       SN 434053 EDT  GMT-4:00 G397-0633-0 07-Jun-2020 23:42:45

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



## PAYMENT HISTORY
### NO LOAN MODIFICATION WAS GRANTED TO THE SUBJECT LOAN

| Date | Loan ID | PayHistory | Balance | Original Ba | Groups | Mod Type | Mod Date | Gross Cpn |
|------|---------|-----------|---------|-------------|--------|----------|----------|-----------|
| 05/2020 | 7600216322 | ^^^^^^^LFI | 0 | 333700 | 0 | | | 4.25 |
| 04/2020 | 7600216322 | ^^^^^^LFFI | 0 | 333700 | 0 | | | 4.25 |
| 03/2020 | 7600216322 | ^^^^^LFFFI | 0 | 333700 | 0 | | | 4.25 |
| 02/2020 | 7600216322 | ^^^^LFFFFI | 0 | 333700 | 0 | | | 4.25 |
| 01/2020 | 7600216322 | ^^^LFFFFFI | 0 | 333700 | 0 | | | 4.25 |
| 12/2019 | 7600216322 | ^^LFFFFFFF | 0 | 333700 | 0 | | | 4.25 |
| 11/2019 | 7600216322 | ^LFFFFFFFF | 0 | 333700 | 0 | | | 4.25 |
| 10/2019 | 7600216322 | LFFFFFFFFF | 0 | 333700 | 0 | | | 4.25 |
| 09/2019 | 7600216322 | FFFFFFFFF^ | 336782.45 | 333700 | 0 | | | 4.25 |
| 08/2019 | 7600216322 | FFFFFFFF^^ | 336782.45 | 333700 | 0 | | | 4.25 |
| 07/2019 | 7600216322 | FFFFFFF^^^ | 336782.45 | 333700 | 0 | | | 4.25 |
| 06/2019 | 7600216322 | FFFFFF^^^^ | 336782.45 | 333700 | 0 | | | 4.25 |
| 05/2019 | 7600216322 | FFFFF^^^^^ | 336782.45 | 333700 | 0 | | | 4.25 |
| 04/2019 | 7600216322 | FFFF^^^^^^ | 336782.45 | 333700 | 0 | | | 4.25 |
| 03/2019 | 7600216322 | FFF^^^^^^. | 336782.45 | 333700 | 0 | | | 4.25 |
| 03/2018 | 7600216322 | C^^CC^^^C | 337683.53 | 333700 | 0 | | | 4.25 |
| 12/2017 | 7600216322 | CC^^^CC^C | 338575.1 | 333700 | 0 | | | 4.25 |
| 11/2017 | 7600216322 | C^^^CC^C^ | 338870.19 | 333700 | 0 | | | 4.25 |
| 07/2017 | 7600216322 | CC^C^^^^^ | 339749.24 | 333700 | 0 | | | 4.25 |
| 06/2017 | 7600216322 | C^C^^^^^^ | 340040.19 | 333700 | 0 | | | 4.25 |
| 04/2017 | 7600216322 | C^^^^^^^^ | 340619.01 | 333700 | 0 | | | 4.25 |

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*

## CONCLUSION

## CHAIN OF TITLE



**BRENDEM PLONG AND MAREINE MELISSA PLONG**
BORROWER
TRUSTOR
MORTGAGOR/MORTGAGER
GRANTOR

DEED OF TRUST →

**CHICAGO TITLE**
TITLE COMPANY/
ESCROW

**LOS ANGELES COUNTY CALIFORNIA**
MAINTAINS ASSIGNMENT HISTORY

PROMISSORY NOTE

MORTGAGE ISSUED TO MERS
*SPLIT FROM NOTE*

**MERS**
CUSTODIAN
Maintains Assignment History
No physical possession
No pecuniary interest
"The mortgage or Assignment of the Mortgage of some of the mortgage loan have been or may be recorded in the name of MERS, solely as Nominee for the originator and its successors and assigns"
"MERS serves as mortgagee of record on the mortgage solely as a nominee in an administrative capacity on behalf of the Trustee and does not have interest in the mortgage loan

MONTHLY PAYMENTS

*NOTE WAS SPLIT FROM THE DEED*

**BM REALESTATE SERVICES INC**
LENDER/
ORIGINATOR

**RUSHMORE LOAN MANAGEMENT & SHELLPOINT MORTGAGE SERVICING**
MASTER SERVICER
Services individual loans; Aggregates Collection; Performs Duties under Trust's Pooling & Servicing Agreement

*NOTE WAS SOLD & TRANSFERRED*

**MTGLQ INVESTORS, LP**
SELLER
Purchases loans from originator; forms pool

**GOLDMAN SACHS & CO.**
UNDERWRITERS
SELLS CERTIFICATES TO INVESTORS; COLLECTS OFFERING PROCEEDS

CERTIFICATES

CERTIFICATES

OFFERING PROCEEDS

**DEPOSITOR**
Creates Issuing Entity

CERTIFICATES

**U.S. BANK NATIONAL ASSOCIATION**
TRUSTEE FOR THE TRUST
Represents Investors' Interests; Calculates Cash Flows; Remits Net Revenues
UNDERLYING CUSTODIAN Document Custody

**INVESTORS**
Purchase Mortgage Backed Securities as defined in Certificates

**LEGACY MORTGAGE ASSET TRUST 2017-GS1**
TRUST FUND – ISSUING ENTITY
Holds pool of loans; issues certificates

RETURN ON INVESTMENTS

### ARROW LEGEND

PURPLE – DEED OF TRUST DOCUMENTS
BLUE     – SECURITIES CERTIFICATES
RED      – INVESTOR FUNDS
GREEN  – BORROWER FUNDS

Page | 38

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



ξ For traditional lending prior to Securitization, the original Deed recording was usually the only recorded document in the Chain of Title. That is because banks kept the loans, and did not sell the loan, hence, only the original recording being present in the banks name.

The advent of Securitization, especially through "Private Investors" and not Fannie Mae or Freddie Mac, involved an entirely new process in mortgage lending. With Securitization, the Notes and Deeds were sold once, twice, three times or more. Using the traditional model would involve recording new Assignments of the Deed and Note as each transfer of the Note or Mortgage occurred. Obviously, this required time and money for each recording.

(The selling or transferring of the Note is not to be confused with the selling of Servicing Rights, which is simply the right to collect payment on the Note and keep a small portion of the payment for Servicing Fees. Usually, when a homeowner states that their loan was sold, they are referring to Servicing Rights.)

ξ Securitizing a Loan

Securitizing a loan is the process of selling a loan to Wall Street and private investors. it is a method with many issues to be considered. The methodology of securitizing a loan generally followed these steps:

- A Wall Street firm would approach other entities about issuing a "Series of Bonds" for sale to investors and would come to an agreement. In other words, the Wall Street firm "pre-sold" the bonds.

- The Wall Street firm would approach a lender and usually offer them a warehouse Line of Credit.  The Warehouse Credit Line would be used to fund the loan.  The Warehouse Line would be covered by restrictions resulting from the initial Pooling & Servicing Agreement Guidelines and Mortgage Loan Purchase Agreement.   These documents outlined the procedures for the creation of the loans and the administering of the loans prior to, and after, the sale of the loans to Wall Street.

- The Lender, with the guidelines, essentially went out and found "buyers" for the loans, people who fit the general characteristics of the Purchase Agreement. (Guidelines were very general and most people could qualify." The Lender would execute the loan and fund it, collecting payments until there were enough loans funded to sell to the Wall Street firm who could then issue the bonds.

- Once the necessary loans were funded, the lender would then sell the loans to the "Sponsor", usually either a subsidiary of the Wall Street firm, of a specially created Corporation of the lender.  At this point, the loans are separated into "tranches" of loans, where they will be eventually turned into bonds.

Page | 39

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*



- Next, the loans were "sold" to the "Depositor." This was a "Special Purpose Vehicle" designed with one purpose in mind. That was to create a "bankruptcy remote vehicle" where the lender or other entities are protected from what might happen to the loans, and/or the loans are "protected" from the lender. The "Depositor" would be, once again, created by the Wall Street firm or the lender.

- Then the "Depositor" would place the loans into the Issuing Entity, which is another entity created solely for the purpose of selling the bonds.

- Finally, the bonds would be sold, with a Trustee appointed to ensure that the bondholders received their monthly payments.

ξ BM REALESTATE SERVICES INC was a "correspondent lender" that originated mortgage loans. These loans, in turn, were sold and transferred into a "federally-approved securitization" trust named the LEGACY MORTGAGE ASSET TRUST 2017-GS1.

ξ The Note and Deed have taken two distinctly different paths. The Note was securitized into the LEGACY MORTGAGE ASSET TRUST 2017-GS1.

ξ The written agreement that created the LEGACY MORTGAGE ASSET TRUST 2017-GS1 is a "Pooling and Servicing Agreement" (PSA), and is a matter of public record, available on the website of the Securities Exchange Commission. The Trust is also described in a "Prospectus Supplement," also available on the SEC website. The Trust by its terms set a "CLOSING DATE" MAY 19, 2017. The promissory note in this case became trust property in compliance with the requirement set forth in the PSA. The Trust agreement is filed under oath with the Securities and Exchange Commission. The acquisition of the assets of the subject Trust and the PSA are governed under the law.

ξ In view of the foregoing, the Assignment of Deed of Trust executed after the Trust's Closing Date would be a void act for the reason that it violated the express terms of the Trust instrument.

ξ The loan was originally made to BM REALESTATE SERVICES INC and was sold and transferred to LEGACY MORTGAGE ASSET TRUST 2017-GS1. There is no record of Assignments to either the Sponsor or Depositor as required by the Pooling and Servicing Agreement.

Page | 40

*CERTIFIED FORENSIC LOAN AUDITORS, LLC COPYRIGHT 2007-2020*
*-All Rights Reserved-*

BRENDEM PLONG SEARCH RESULT

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

**FORM N-Q**

**QUARTERLY SCHEDULE OF PORTFOLIO HOLDINGS OF REGISTERED MANAGEMENT INVESTMENT COMPANY**

Investment Company Act file number **811-22378**

**Double Line Funds Trust**

(Exact name of registrant as specified in charter)

**333 South Grand Avenue, Suite 1800**

**Los Angeles, CA 90071**

(Address of principal executive offices) (Zip code)

| | | | | |
|---|---|---|---|---|
| | | | | |
| 3,540,883 | GSAA Home Equity Trust, Series 2005-11-2A1 (1 Month LIBOR USD + 0.28% 0.28% Floor) | 2.79% | 10/25/2035 | 3,518,620 |
| 597,176 | GSR Mortgage Loan Trust, Series 2006-2F-3A4 | 6.00% | 02/25/2036 | 471,734 |
| 1,113,349 | Impac Secured Assets Trust, Series 2006-5-1A1C (1 Month LIBOR USD + 0.27% 0.27% Floor, 11.50% Cap) | 2.78% | 02/25/2037 | 920,034 |
| 1,910,861 | IndyMac Mortgage Loan Trust, Series 2006-AR5-2A1 | 3.65% # | 05/25/2036 | 1,708,906 |
| 10,788,452 | JP Morgan Alternative Loan Trust, Series 2007-S1, Series 2007-S1-A2 (1 Month LIBOR USD + 0.34% 0.34% Floor, 11.50% Cap) | 2.84% | 04/25/2047 | 9,938,307 |
| 17,353,540 | Legacy Mortgage Asset Trust, Series 2017-GS1-A1 | 3.50% °§ | 01/25/2057 | 17,117,223 |
| 21,694,619 | Legacy Mortgage Asset Trust, Series 2018-GS2-A1 | 4.00% °§ | 04/25/2058 | 21,535,880 |
| 326,769 | Lehman Mortgage Trust, Series 2006-1-1A3 | 5.50% | 02/25/2036 | 271,670 |
| 174,893 | MASTR Adjustable Rate Mortgages Trust, Series 2006-2-2A1 | 4.52% # | 04/25/2036 | 157,471 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

(Registrant) <u>Double Line Funds Trust</u>

By (Signature and Title) <u>/s/ Ronald R. Rendell</u>

Ronald R. Rendell, President

Date <u>2/26/2019</u>

# PROOF OF SERVICE

Plong v. BM Realestate services, Inc. et al.,

United State District Court Central District of California for the County of Los Angeles case no.  2:20-cv-06999-JHW-AGR ✗

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.   My address: 1720 W. Imperial St, City: Lancaster, CA 93534.   On January 28th, 2022, I served the following document(s) by the method indicated below:

## FISRT AMENDED COMPLAINT

BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:

I sealed and prepaid such envelope addressed as stated below, with certified mail # 7021 0950 0001 1460 3621 fees thereon and return receipt requested and placed it in the United State Postal Service located in Lancaster Office, California.

An envelope was addressed to each addressee as follows:

Plaintiff(s)                                    Defendant(s)

Brendem Plong                            US. BANK TRUST, N.A. et al.,
Mareine M. Plong                        Rushmore Loan Management Service LLC
c/o 14500 Day Lily Lane              15480 Laguna Canyon Rd # 100
Panorama City, CA [91402]          Irvine, CA 92618

Tele: (818) 448-1539                            ATTORNEY
Email: mareinep@aol.com             Jillian A. Benbow (SBN246822)
                                                    ALDRIDGE PITE, LLC (Law Firm)
                                                    4375 Jutland Drive Ste 200
                                                    San Diego, CA 92117
                                                    *TELE: (858) 750-7600*

I declare under penalty of perjury under the laws of California that the foregoing it true and correct and I could competently testify thereto if called upon to do so.

Date: January 28th, 2022

Rodee Jayavaramoni

# PROOF OF SERVICE

Plong v. BM Realestate Services, Inc. et al.,
United State District Court Central District of California for the County of Los Angeles
case no.  2:20-cv-06999-JHW-AGRx

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My address: 1720 W. Imperial St, City: Lancaster, CA 93534.  On January 28th, 2022, I served the following document(s) by the method indicated below:

## FIRST AMENDED COMPLAINT

### BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:

I sealed and prepaid such envelope addressed as stated below, with certified mail # 7021 0950 0001 1460 3584 fees thereon and return receipt requested and placed it in the United State Postal Service located in Lancaster Office, California.

An envelope was addressed to each addressee as follows:

| Plaintiff(s) | Defendant(s) |
|---|---|
| Brendem Plong<br>Mareine M. Plong<br>c/o 14500 Day Lily Lane<br>Panorama City, CA [91402] | MTGLQ INVESTORS, L.P.<br>865 South Figueroa Street, 24th Floor<br>Los Angeles, CA 90017-2566<br>Tele: (213) 633-6800<br>Fax (213) 633-6899 |
| Tele: (818) 448-1539<br>Email: mareinep@aol.com | ATTORNEY<br>MARY H. HAAS (SBN 149770)<br>maryhaas@dwt.com<br>FREDERICK A. HAIST (SBN 211322)<br>frederickhaist@dwt.com<br>DAVIS WRIGHT TREMAINE LLP (LAW FIRM) |

I declare under penalty of perjury under the laws of California that the foregoing it true and correct and I could competently testify thereto if called upon to do so.

Date: January 28th, 2022

Rodee Jayavaramoni

# PROOF OF SERVICE

Plong v. BM Realestate Services, Inc. et al.,
United State District Court Central District of California for the County of Los Angeles
case no.  2:20-cv-06999-JHW-AGRx

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My address: 1720 W. Imperial St, City: Lancaster, CA 93534.  On January 28th, 2022, I served the following document(s) by the method indicated below:

## FIRST AMENDED COMPLAINT

### BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:

I sealed and prepaid such envelope addressed as stated below, with certified mail # 7021 0950 0001 1460 3645 fees thereon and return receipt requested and placed it in the United State Postal Service located in Lancaster Office, California.

An envelope was addressed to each addressee as follows:

Plaintiff(s)                                        Defendant(s)

Brendem Plong                              CATAMOUNT PROPERTIES 2018, LLC
Mareine M. Plong                          710 S. MYRTLE AVE. # 600
c/o 14500 Day Lily Lane                  MONROVIA, CA 91016
Panorama City, CA [91402]              Tele: (626) 256-4999

Tele: (818) 448-1539                              ATTORNEY
Email: mareinep@aol.com            SAM CHANDRA (SBN 203942)
                                                   LAW OFFICE SAM CHANDRA, APC
                                                   (Law Firm)

I declare under penalty of perjury under the laws of California that the foregoing it true and correct and I could competently testify thereto if called upon to do so.

Date: January 28th, 2022

Rodee Jayavaramoni