# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDEM PLONG, pro se; and MAREINE M. PLONG, pro se,<br><br>Plaintiffs,<br><br>v.<br><br>BM REALESTATE SERVICES INC.; CHICAGO TITLE COMPANY; MTGLQ INVESTORS, L.P.; GOLDMAN SACHS & CO.; U.S. BANK TRUST N.A., as trustee for SECURITIZED TRUST LEGACY MORTGAGE ASSET TRUST 2017-GS1; RUSHMORE LOAN MANAGEMENT SERVICE, LLC; CLEAR RECON CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., aka "MERS"; DOES 1-10, inclusive; JAMES BYERS, attorney in fact deceased entity; CLEAR RECORD CORP.; CHRISTINE DANKE "Authorized Signatory Trustee"; CATAMOUNT PROPERTIES 2018, LLC, Third-Party Buyer; and SAM CHANDRA, SBN 203942,<br><br>Defendants, | Case No. 2:20-cv-06999-JWH-AGRx<br><br>**FINAL JUDGMENT AS TO DEFENDANTS CHICAGO TITLE COMPANY; MTGLQ INVESTORS, L.P.; AND GOLDMAN SACHS & CO. LLC PURSUANT TO RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to the "Order on Goldman Sachs and MTGLQ Motion [ECF No. 109] and Chicago Title Motion [ECF No. 110]" entered substantially contemporaneously herewith, and in accordance with Rules 54 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1332(a)(1).

2. Defendant MTGLQ Investors L.P. is **DISMISSED with prejudice**. Plaintiffs Brendem Plong and Mareine Plong shall take nothing by way of their Amended Complaint against Defendant MTGLQ Investors L.P.

3. Defendant Goldman Sachs & Co. LLC is **DISMISSED with prejudice**. Plaintiffs Brendem Plong and Mareine Plong shall take nothing by way of their Amended Complaint against Defendant Goldman Sachs & Co. LLC.

4. Defendant Chicago Title Company is **DISMISSED with prejudice**. Plaintiffs Brendem Plong and Mareine Plong shall take nothing by way of their Amended Complaint against Defendant Chicago Title Company.

5. Other than the striking from the substance of the Amended Complaint all references to MTGLQ as a defendant, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 12, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE