JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

BRENDEM PLONG, pro se; and
MAREINE M. PLONG, pro se,

       Plaintiffs,

   v.

BM REALESTATE SERVICES INC.;
U.S BANK TRUST N.A., as trustee for
   SECURITIZED TRUST LEGACY
   MORTGAGE ASSET TRUST
   2017-GS1;
RUSHMORE LOAN
   MANAGEMENT SERVICE, LLC;
CLEAR RECON CORP.;
MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS,
   INC., aka "MERS";
DOES 1-10, inclusive;
JAMES BYERS, attorney in fact a
   deceased entity, CLEAR RECORD
   CORP,, CHRISTINE DANKE
   "Authorized Signatory Trustee";
CATAMOUNT PROPERTIES 2018,
   LLC, Third-Party Buyer; and
SAM CHANDRA, SBN 203942,

       Defendants,

Case No. 2:20-cv-06999-JWH-AGRx

**FINAL JUDGMENT UNDER
RULE 54(b) OF THE FEDERAL
RULES OF CIVIL PROCEDURE IN
FAVOR OF DEFENDANT
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
DEFENDANT RUSHMORE LOAN
MANAGEMENT SERVICE, LLC;
AND DEFENDANT U.S. BANK
TRUST**

Pursuant to the "Order (1) Granting MERS, Rushmore, and U.S. Bank Trust's Motion to Strike and for Separate Judgment [ECF No. 116]; (2) Denying the Plongs' Demand to Strike [ECF No. 119]; and (3) Denying the Plongs' Motion for Sanctions [ECF No. 120] (In Chambers)," entered substantially contemporaneously herewith, and in accordance with Rules 54 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.  This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a)(1).

2.  Judgment is entered in **FAVOR** of Defendant Mortgage Electronic Registration Systems, Inc. and **AGAINST** Plaintiffs Brendem Plong and Mareine Plong (jointly, "Plaintiffs").  Defendant Mortgage Electronic Registration Systems, Inc. is **DISMISSED with prejudice**.  Plaintiffs shall take nothing by way of their Amended Complaint against Defendant Mortgage Electronic Registration Systems, Inc.

3.  Judgment is entered in **FAVOR** of Defendant Rushmore Loan Management Service, LLC and **AGAINST** Plaintiffs.  Defendant Rushmore Loan Management Service, LLC is **DISMISSED with prejudice**.  Plaintiffs shall take nothing by way of their Amended Complaint against Defendant Rushmore Loan Management Service, LLC.

4.  Judgment is entered in **FAVOR** of Defendant U.S. Bank Trust, N.A., as Trustee for Securitized Trust Legacy Mortgage Asset Trust 2017-GS1 Trust ("U.S. Bank Trust") and **AGAINST** Plaintiffs.  Defendant U.S. Bank Trust is **DISMISSED with prejudice**.  Plaintiffs shall take nothing by way of their Amended Complaint against Defendant U.S. Bank Trust.

5.  Plaintiffs' references in the body of their Amended Complaint [ECF No. 108] to Defendant Mortgage Electronic Registration Systems, Inc.;

/ / /

1  Defendant Rushmore Loan Management Service, LLC; and Defendant U.S.

2  Bank Trust are **STRICKEN**.

3        **IT IS SO ORDERED.**

4

5  Dated: August 29, 2022

6                                    John W. Holcomb
                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28