FILED
CLERK, U.S. DISTRICT COURT
5/12/23
CENTRAL DISTRICT OF CALIFORNIA
BY: _____cla_____ DEPUTY

"In Care of"
Mareine M. Plong    [Sovereign]
Brendem Plong      [Sovereign]
1720 W. Imperial Ave
Lancaster, CA [93534]
Phone | 818 448-1539
Email: mareinep@aol.com

Plaintiff in Pro Per

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mareine M. Plong & Brendem Plong [Sovereign] in Pro Per,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK TRUST, N.A. et al.,<br><br>Defendants, | Case No.: 2:20-cv-06999-JWH-AGR<br><br>DEMAND TO ENTRY OF DEFAULT JUDGMENT<br><br>Hearing Date: May 26, 2023<br>Time:           2:00 p.m.<br>Room:          9D<br><br>Hon: John W. Holcomb<br><br>Demand for Jury Trial Under Common Law |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Mareine M. Plong & Brendem Plong, hereby requests the Clerk of this Court enter a default in this matter against the Defendant PETER J. SALMON (SBN 174386), JILLIAN A. BENBOW (SBN 246822), ALDRIDGE PITE, LLP (Law Firm) for U.S. BANK TRUST, N.A., not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT LLC (Servicer) JAMES BYERS (attorney in fact a deceased entity), CLEAR RECON CORP, CHRISTINE DANKS (Unaffiliated Entity) Authorized Signatory Trustee on the ground that said

defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Upon consideration of Plaintiff's Application for Entry of Default, along with the supporting Affidavit, both being in compliance with Rule Code Civ. Proc. § 415.20 Rules Of Civil Procedure, it is hereby determined that a copy of the Motion for Summary Judgment Memorandum of Points and Authorities, together with a copy of the Declaration Relief, were served upon Defendants attorney PETER J. SALMON (SBN 174386), JILLIAN A. BENBOW (SBN 246822), ALDRIDGE PITE, LLP (Law Firm) for U.S. BANK TRUST, N.A., not in its individual capacity but solely as owner trustee for LEGACY MORTGAGE ASSET TRUST 2017-GS1, RUSHMORE LOAN MANAGEMENT LLC (Servicer) JAMES BYERS (attorney in fact a deceased entity), CLEAR RECON CORP, CHRISTINE DANKS (Unaffiliated Entity) Authorized Signatory Trustee the date of execution on April 10, 2019, and on June 22, 2022, Plaintiff's Motion for Summary Judgment Memorandum of Points and Authorities, Declaratory Relief, was served upon the Defendants by certified mail, restricted delivery, requested on June 17th, 2022, Pursuant to Rule Code Civ. Proc. §415.20 Rules of Civil Procedure, service of process was deemed completed on July 22, 2022. On July 29, 2022, Plaintiffs filed a Notice of Default on behalf of Defendants non-responded to Motion for Summary Judgment Memorandum of Points and Authorities, Declaratory Relief. And on February 26, 2023, Plaintiffs filed Motion to Moot all pleading filed by attorney until attorney can proved subject matter jurisdiction on the court record and supporting affidavit and cause of claims, and on March 13, 2023, Plaintiffs filed application for entry of default and

supporting Affidavit and cause of claim. The Defendants have failed to plead, defend or otherwise respond to this action.

THEREFORE, default is hereby entered against.

_____ this the _____ day of _____, 2023.

_____, CLERK

_____, D.C.
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the EDSS system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2023.

Dated: May 4, 2023.                           Respectfully submitted,

*/S/ Maerine mplong*
Mareine M. Plong,
Plaintiff Pro Per