JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  BRENDEM PLONG, and<br>MAREINE M. PLONG, | Case No. 2:20-cv-06999-JWH-AGR |
| 12<br>          Plaintiffs, | **JUDGMENT** |
| 13<br>     v. | |
| 14<br>BM REALESTATE SERVICES INC.,<br>15  CHICACO TITLE COMPANY,<br>MTGLQ INVESTORS, LP,<br>16  GOLDMAN SACHS AND CO.,<br>U.S. BANK TRUST, N.A.,<br>17  RUSHMORE LOAN<br>     MANAGEMENT SERVICE LLC,<br>18  CLEAR RECON CORP,<br>MORTGAGE ELECTRONIC<br>19     REGISTRATION SYSTEMS,<br>JAMES BYERS,<br>20  CATAMOUNT PROPERTIES 2018,<br>     LLC,<br>21  SAM CHANDRA, and<br>DOES 1 THROUGH 10 INCLUSIVE,<br>22<br>          Defendants. | |

23

24

25

26

27

28

1   Pursuant to the "Order Dismissing Case for Failure to Prosecute" filed

2   substantially contemporaneously herewith, and in accordance with Rules 41(b)

3   and 58 of the Federal Rules of Civil Procedure,

4   It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

5   1.   This Court possesses subject matter jurisdiction over the above-

6   captioned action pursuant to 28 U.S.C. § 1332(d).

7   2.   Fictitiously named Defendants Does 1-10 are **DISMISSED**.

8   3.   Defendant Chicago Title Company was previously **DISMISSED**

9   pursuant to the Court's Order granting its Motion to Dismiss on or about

10  December 22, 2021.

11  4.   Defendants Goldman Sachs and Co. and MTGLQ Investors, LP

12  were previously **DISMISSED** pursuant to the Court's Order granting their

13  Motion to Dismiss on or about April 12, 2022.

14  5.   Defendants U.S. Bank Trust, N.A.; Rushmore Loan Management

15  Service LLC; and Mortgage Electronic Registration Systems were previously

16  **DISMISSED** pursuant to the Court's Order granting their Motion for

17  Summary Judgment on or about August 29, 2022.

18  6.   This action is **DISMISSED** pursuant to Rule 41(b) of the Federal

19  Rules of Civil Procedure for the failure of Plaintiffs Brendem and Mareine Plong

20  to prosecute and their failure to comply with a Court order.

21  7.   To the extent that any party requests any other form of relief, such

22  request is **DENIED**.

23  **IT IS SO ORDERED.**

24

25  Dated:_____February 26, 2024_____

26  John W. Holcomb
    UNITED STATES DISTRICT JUDGE

27

28